1.19-CV-808
BKS/DJS

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
JUL 0 8 2019
AT ____ O'CLOCK ____
John M. Domurad, Clerk - Albany

June 28, 2019

3. Courtney Love
2. Joan C. Finn
1. Thomas J. Moran V
    Plaintiffs- PRO SE
    — against —

PRO SE
Criminal and
Civil Lawsuit
Federal Court.
Northern District
of New York,
Albany, NY.

— Charles Lenahan "Judge"
    (aka Thomas Lamb)
— Christopher Flynn - "Judge"
— Andrew Kirby - "Judge"
    *Defendants

SEE OVER

—— * David Arnoff - "Arnie" "Corrections Officer"
—— * Charles Lenahan (aka Thomas Lamb) lives
⎰ means on Third Ave in Watervliet between 5th and
only this 6th Sts in a gray house, 2 story, with a
reference sign that says "Lamb and Lamb" "Attorneys
    at Law", 12189
— Christopher Flynn who lives at the Menands
    Village Police Station in Menands NY on
    Broadway, 12204.
— Andrew Kirby who lives at the Bethlehem
    Town Hall, Delaware Av, Delmar, NY 12054.
— David Arnoff, lives at Albany County Jail 12211.
    Lenahan/Lamb, Flynn, Kirby of the
    City of Watervliet, Village of Menands
    and Town of Bethlehem all claim to be
    judges in those respective locations.

1A

Amendment Additional Names

Thomas J. Moran V and Joan C. Finn
    Plaintiff              and Courtney Love

— against —

* — Craig Theodore Suronski (aka Craig Apple) — Albany County Sheriff
— Cohoes City Police Chief
— Rensselaer County Sheriff — Russo
* — Judge Melkonian — Albany County Supreme Court
— Federal Public Defender — Albany, N.Y.
— Albany County Public Defender — Albany, N.Y.
— Town of Waterford — Town Supervisor
— Saratoga County Bar Association — P. Clute
       Defendants

O
N   The above persons all know I'm in jail,
L   the Plaintiff, Thomas J. Moran V for
Y   NO REASON, as well as those listed
    on the reverse side of this document, and
    did/do NOTHING to release me from jail.
       I demand the same relief listed on
    pages 4 and 5 and will specify dollar
    money damages against the above at a
    later date, that I reserve when this is
    realized, I the Plaintiff Thomas J. Moran V
    states herein, All herein is premeditated.
→ * Craig Theodore Suronski (aka Craig D, F, or T Apple
    Jr or Sr) resides at 445 Broadway in D'Agostino's Jail.

- 2 -

These three "Judges" will/and have been molesting me due to their pedophilic afflictions. They do this by charging me with non factual and non existant crimes of misdemeanors for obstructing government property and administration, pedophiling me with fake attorney's who are pedophile's with the Albany County Public Defenders Office and the "Office of the Conflict Defender" located at 112 State St. Albany, NY 12207.

The plaintiff, Mr. Moran, has been repeatedly pedophiled since December of 2016 by the defendants, Lenahan/Lamb, Flynn and Kirby by being run in and out of their "Courts" and looking/glaring at me with murder in their eyes.

Mr. Moran, plaintiff has two cases pending in Federal Court and they are (the defendants, Lenahan/Lamb, Flynn and Kirby) profiling him, Mr. Moran, for money to buy children. These case are #'s 422 and 423 with the honourable Mae D'Agostino, Federal Judge in the Northern District of New York Federal Court.

It is also alleged that Lenahan/Lamb is part of the Boston Strangler

-3-

Group of Mary Spychalski, Mary Gibson-Clinton and Michael Hubarth, John Jensen Ackes and Victor P. DeAmelia (ake Bradford Allen O'Brien) who is a defendant in case #422 in Judge D'Agostino's court. Hubarth is alleged to be the Zodiac Killer in NYC and the Unibomber in Northwestern part of the United States. Ackles is alleged to have murdered Eton Patz in NYC and to be Ted Bundy. Hubarth and Ackles are with the New York Police Dept in NYC with Officer Maria DiCarlo at 1 Police Plaze, NYC 10038.

It is alleged that officer
* John McArdle of the Waterford, NY police dept. is participating with those "Judys" in kidnapping and false imprisonment of my person. It is alleged that this police officer is in questioning with other people who are also alleged to be pedophile's and are participating in the profiling of my murder. These individuals have stolen $17 million dollars from me, Mr. Moran, plaintiff, in a lawsuit with the Los Angeles County Dept of Corrections for raping me in prison by their "corrections officers". It is alleged that this facility, the L.A. County Corrections Jail is filled with fake

-4-

corrections officers and I win, the plaintiff Mr. Moran a $17 million dollar settlement that was stolen by Edward Ryan of Albany, Ruth Spantz O'Brien of 500 16th St Apt 303 Watervliet NY 12189, Sharon O'Brien who currently resides at 65 Broad St Waterford NY with the Waterford, NY police dept, a Mary Gibson-Clinton who resides with Interpol.

    I reserve the right as plaintiff, Mr. Thomas J. Moran V, to amend/add onto this civil lawsuit, as discovery is found.

    Plaintiff asks the court for the following prelief:

- Immediate arrest of Lenahen/Lamb
- Immediate arrest of Flynn
- Immediate arrest of Kirby
- Damages in the amount of $800 million dollars from Charles Lenahan, aka Thomas Lamb.
- Damages in the amount of $400 million dollars from Christopher Flynn
- Damages in the amount of $400 million dollars from Andrew Kirby.
- Immediate arrest of David "Arnie" Arnoff.
- Damages from David "Arnie" Arnoff of



-5-

600 million dollars.

All individuals named in this lawsuit acknowledge the "Thought Trade" it is alleged.

— Immediate arrest of John McArdle of the Waterford, NY Police Dept where he is a police officer there.

— Damages in the amount of $500,000.00 dollars.

denotes
"only" ⟶ ✱ Mr. Moran's immediate release from Albany County Jail and a restraining order and order of protection put upon each person listed here in this lawsuit.

I trust that my IN FORMA PAPERIS still stands in effect due to my being a disabled man who suffers from PTSD, ADHD, Major Depressive Disorder, Generalized Anxiety Disorder and I'm a homosexual man who collect Social Security Disability Insurance from the Social Security Administration. Everything herein is in the tense ET AL.

Signed Pro Se

Thomas J. Moran V — Pro Se
June 28, 2019

mailing address: P.O. Box 69 Rensselaer, NY 12144

—6—

See Exhibit A. Other
Exhibits will be added as
discovery happens by plaintiff, Thomas
J. Moran V. There are NO OTHER
Plaintiffs, in this lawsuit

Defendant additions
- Jean Marie Murawski
- Andrew Cuomo — Governor of NYS
    Cuomo resides at the Governor's
Mansion on Eagle St Albany NY.
- Mario Cuomo — Former Governor of NYS.
- Aaron Childs (fake Police officer of Bethlehem)
    Both Cuomo's are known Pedophiles,
Drug Dealers, Murderers and are using
Plaintiff, Thomas J. Moran V, against
each other so as to not get caught
at these mentioned facts.
The staff of law firm E Stewart Jones Jr.
The staff real and "fake" of Albany County Jail)
- Donald J. Trump
- Barack Obama
- George W. Bush and Laura Bush
- William Clinton and Hillary Clinton
- The Estate of the Late George H.W. Bush
    and Barbara Bush
- Oprah Winfrey
- Madonna Ciccone

—7—

Defendant additions:
Bruce Willis
Rosie O'Donnell
Martha Stewart
Gayle King
Renee Zelwegger
John Jensen Ackles
Michael John Hubarth
Kelly Ripa (aka Denise Ripoli)
Melissa Joan Hart
Reese Ruther Witherspoon
Joshua Morrow
Rene Sofer
David Schwimmer
Surette Pliskin
Thomas Marcello Delean
Rudolph Guiliani
John DiGono
Bernard Kerik
Victor P. DeAmelia (aka Bradford O'Brien)
Sharon O'Brien
Gertrude O'Brien
William Facillo
Walter Brett Murray Murphy
Mary Spychalski
Mary Gibson Clinton
Lindsay Lohan.
Matthew Ettner

-8-

David Sciccitano
William Wendel
Ruth Sapontz O'Brien
"P.O." Dilbue Waterford Police
Victoria "Sylvie" Hayden
Susan Reinfurt
The Watervliet Police (NY)
The Menands NY Police
The Bethlehem Police
The Albany City Police (NY)
The Colonie NY Police
The Latham Village Police (NY)
The Guilderland Police (NY)
The Ballston Spa NY Police
The Rotterdam Police Dept (NY)
The Rensselaer NY Police
The East Greenbush Police
The Wilton NY Police
The Warren County NY Police
The Halfmoon NY Police
The Schenectady City Police
The NYS Troopers
Amanda Bynes
The Kardashians
The Jenners/s
Kim Kettel) (aka Diana Battle)
Joseph Meany,
James DiBarbieri

-9-

Defendant additions

Tina Kremenezsky
Leslie D'onufrio
Daniel Bernard
Iris Sanchez
Maris Orsini
Austin Ganz
Joseph Consolino
Jennifer of Karlstad NA in Nyc
Alice Tisch
Judith Scheindlin (aka Judge Judy)
Laura Solomon
Margaret Hanrahan
Anthony Rizzo
Alexandra Duran
Marina (of F.I.T. Accounting Mgr)
Derrick Montenegro (of F.I.T.)
Gary (supervisor at F.I.T. Registrar Office)
* Bill (clerk at F.I.T.)
* Joan (clerk at F.I.T.)
David (American Securities)
Carolyn Hurley (BNP Paribas Fortis Bank)
* Sandra Silva
Hurley (American Securities)
* Mark Scionitz (American Securities)
Maria Carollo (BNP Paribas Fortis Bank)
Katherine Zeilo (BNP Paribas Fortis Bank)
Michele Fresz (BNP Paribas Fortis Bank)
Janis Simat (BNP as above)

10 —

Defendant additions
Rachael Akahunae (BNP)
Rachael Greena (Duff and Phelps)
Grace Hochheiser
Donald Tefferdi
Anne McLernan
* Linda Raggio
Melissa Armenti (Duff and Phelps and
                             Lazard Freres)

Krista Pappas
Ellen Comurtz
Harvey Specter
Lou Stollar
Joyce Brown
Annette Pecora
* William Hanauer
* Susan Simmons
* Sharon Dois
* Sharon Singleton
* Margaret Kindo
* Barbara Dellagatis
* Teresa "Terry" (Human Resources at F.I.T.)
* Elaine Maucelli
* Diana Reyes
* Raymond Corozzo
  Dawn (clerk at F.I.T.) Last name Notaro
* Rose Renner (American Securities)
* Jaime Casciline (Execu Search Group)
  Talent Hub Worldwide

11—

Defendant additions

Gainor Staffing
First Choice Staffing NY
Thomas Mullins
* Giselle Rodriguez (Proskauer Rose LLP)
Geisha Ann Grace Gray (Proskauer Rose LLP)
Karen Mahoney (BNP)
Jean Yves Fillion (BNP)
Jean Luc Bordeyne (BNP)
Eugenia Comtois (BNP)
Gerard Colomb (French Interior Minister)
Amanda Colomb (aka Armelle Monsion)
                     of BNP Paribas

Hoi Ling Wong (BNP)
Karen Carbone (BNP)
* Louis Allesandrihe (Sanofi-Genzyme)
* Teresa Jarvis (Sanofi-Genzyme)
Helen Chan (Sanofi-Genzyme + NYSDHR)
Nicole Bastock Comstock (NYSDHR)
CIA
DEA
FDA
DOJ
NSA
TSA
Lorraine Spychalski (500 16th St Watervliet NY
                     #202  12189)

* Jennifer Welty (BNP)
* Jessica Saltz (BNP)

12 —

Defendant additions

    Kelly Services (NYC + Albany NY)
    NYS Insurance Dept
    * Phyllis Linker (NYS Ins. Dept)
    Joanne Schiavo (NYS Ins Dept + Legislative
               office Bldg Albany NY)

Lisa Rinna
(Katy Saga)
Deveney Kelly
Les Moonves
Julie Chen
Sarah Gilbert
Sharon Osborne
Thomas Arnold
Bernie O'Brien
Sean W (5 5th St Apt 3 Watervliet NY 12189)
Phyllis (5 5th St Apt 25 Watervliet NY 12189)
Robin (5 5th St Apt 26 Watervliet NY 12189)

I reserve the same rights/permissions
on page 4 of this lawsuit by Plaintiff
Thomas J. Moran V.

* • Ross Renner added on that David (of American
Securities) has to be told of this, he makes
us too much money selling children, he
too is a pedophile. This comment was made
by Lisa Rinna.

13—

All of these people listed here and
not yet listed purposely put me through
all this pain and grief to sell
drugs and children for them. This is
and was a test. They failed.

Defendant additions:
~~Leon Panetta~~ (CIA)
Chuck Charles Schumer
Amy Schumer
Jane Fonda
Lilly Tomlin
* Meryl Streep
Dolly Parton
Gene Simmons (of KISS Rock Group)
Shirley MacLaine
* Olympia Dukakis
Lydia Bastianich
Virginia Cullan (aka Lydia Kulbida)
Bonita Zahn
Elaine Houston
Christine Arangio
Elizabeth Bishop (Liz Bishop)
Paul Caino
* Gerry Gretzinger
* Nicole Lally
* Julie Chapman
* Jim Kambrich

14-

# Defendant Additions.

* Robert Kovachik
* Steve Coparizzo
* Elisa Streeter
  Mark Ruffalo
  Plaintiff, Thomas J. Moran V, again seeks
  the same relief on pages 4 and 5 of
  this lawsuit for all Defendants, and throughout.
* Kevin McGrath

## Defendant Additions:

Jerry Alfred Melmo
Katherine Kelly Lang
Peter Bergmon
Michelle Stafford
Christion Alfonso
Deirdre Hall
Camryn Grimes
Amanda Peet
Renea Russo
Courtney Cox
Leslie Ann Warren
Jennifer Aniston
Gail Silvermen
Richard Gonzalez
Mark McGrath
All written in this lawsuit is Factual,
not alleged by Plaintiff, Thomas J. Moran V

Thomas J. Moran V

15—

The following entities are to be copied.

Interpol (Lyon, France)
American Civil Liberties Union (NYC & LA.)
Human Rights Campaign

Again, Plaintiff, Thomas J. Moran V is worried and afraid, for the past 27 years for his personal safety and the safety of his immediate and extended family. Plaintiff's uncle US Army Captain Michael Moran is missing in action, killed by Renee Zellweger, Mary Spacheski, Kim Kottall, Ken (c1) Jenner and Amanda Peet in Japan while on duty protecting US troops in Japan.

Craig Theodore Goronski (aka Craig Apple) keeps asking who is the Westervelt family, they are relatives of the Moran family. Plaintiff is also worried as to their whereabouts, last known whereabouts was Fever Bush, NY.

Defendant additions:
Kaity Tong (WPIX Ch 11)
※ Liz Cho (WABC Ch 7)
NBC

16~

Defendant additions:

CBS
VIACOM
SHOWTIME
ABC
The Jewish Board for Family and Childrens
Services
Barbara Walters
Diane Sawyer
Anderson Cooper
CNN
Christopher Cuomo
David Koch et al
* Laura Linney
PBS
* Fran Drescher
* Alan Cumming
* Christine Baranski
* Julianna Margulies
Josh Charles
* Christopher Noth
Michael Moriarty
George Clooney
Jared Kushner
Hezbullah et al
Tom Cruise (aka Thomas Mapother)
Nicole Kidman
* Paul Ryan (US Congress)
* Brent Scowcroft

17 —

# Defendant additions

Kevin Spacey
Sheene Ecston
Sean Penn
Robin Wright
The Country of Russia (Vladimir Putin)
The Country of China

\* The Hollywood Foreign Press has
names to add to the defendant list.
The country of Canada (Trudeau)
The country of North Korea
the country of France
The Country of Germany (Merkel)

\* HRH Queen Elizabeth II (Mary Hanover)
The Country of England
The Country of Australia (DeArmette, Kidman)
The country of Saudi Arabia (Obama)
The Coutry of Vietnam
The Country of Thailand (Barack Obama)
The Country of India
The Country of Cambodia (Obama)
The Coutry of Laos (Obama)
The Country of Iraq (DEA, Bush's)
The Country of Israel (Herbollah)
The Country of Iran (Clinton)
The Country of Afghanistan (Karzai)
The Country of Pakistan (Musharef)
The Country of Syria (DEA & CIA)
The Country of South Africa (Trump)

18-

Defendant additions

The country of Nigeria (Trump & Saponitz)
The country of the Congo (Trump)
The country of Liberia (Trump & DeAmelic)
The country of Turkey (Herbullah)
The country of Costa Rica (DeAmelic)
The country of Brazil (Bellweiser)
The country of Italy (Clooney)
The country of Czechoslovakia (Trump &
                                      DeAmelic
                                    Spychalski)
    The country of Canada

Robert Reiner
Carl Weathers
The Albany County Jail

Additionally, Donald Treffavell stole
$17 million dollars and Sharon O'Brien also
stole 17 million dollars from two lawsuits
I won, 1. Associated Merchandising Corporation
in NYC and At Los Angeles County
Corrections Dept for rape in April 2011,

For false imprisonment and kidnapping
Plaintiff, Thomas J. Moran V. ot Albany
County jail), Plaintiff demands $5 million
(dollars) a day, so for its 300 days total
in jail from ALL Defendants. So far in
days and defendants,

19-

## Defendant additions

Albany Medical Center
* Dr. Chelsea Ubourn
St. Peter's Hospital
Samaritan Hospital
West Albany Ambulance Service
The State of NY
The State of California
The Country of the United States of America
* Ashley Goodman (BNP)
* Jamie Vaccarino (BNP)
* Dana Delany
* Cybil Shepparrd
Roseanne Barr Arnold
Candace Bergin
Pierre Trudeau, Jr.
The Staff at Burger King Menands NY
Matthew Ethier of the Watervliet
Housing Authority along with Mary Gibson
Clinton and Mary Spychelski and Maureen
skimmed $48,394.52 off of my rent,
the Plaintiff Thomas J. Moran IV, for
overcharge of rent. This was also
done to Plaintiff's mother, Joan Finn,
for $258,384.12 as of August of 2016.
Lydia Kulbida (aka Virginia Cullen) also
stole $11 million dollars from a Settlement
with Attia of Albany NY through the NYSDHR

- 20 -

Most/All of the Defendants named on pages 1-5 have their finances in Citizens Bank, Pioneer Savings Bank, Trustco Bank, Key Bank and Troy Savings Bank.

Kirby and Flynn jumped parole in Massachsetts, Kirby near Boston, Flynn near Springfield Mass. from pedophilia charges both, were released for good behavoir after serving 5 year sentences, again for pedophilia. Both defendants have been missing from Massachsetts for about 10 years each.

Christopher Flynn "Judge" in Menands NY, defendant, stole $772.12 from Plaintiff, Thomas J. Moran V in fake "bail money" and never returned it. Plaintiff contacted Judge Somers and Paula Mehan Town Supervisor of Colonie with no reply back to Plaintiff. This was done to Plaintiff in November of 2018 in Menands.

A "Marie" who is the Librarian for Albany County Jail sells drugs for Mary Gibson Clinton out of her Westchester Woods Dr. home in Delmar. My stolen automobiles, a 1986 Pontiac Grand Prix LE and a 1968 Chevrolet Nova are in the garage and next door to her house.

21—

Jean Marie Murawsky murdered with Victor P DeAmelia (aka Bradford Allen O'Brien) two CVS Pharmacy Employees who worked at 256 Delaware Av Delmer, NY 12054, One Michael Quinn of 65 N. Heldeberg Pkwy Slingerlands, NY 12159 and a Nathaniel who also lived in Delmer. Their bodies are behind a medical building where CVS Pharmacy used to stand before the ~~the~~ railroad bridge on Elsmere Av. 65 N. Heldeberg Pkwy in Slingerlands is where Flynn and Kirby and Kilbride Cullen and Gann Childs rape, murder and sell children. Interpol instructed the Bethlehem Police to investigate the burial site of Quinn and Nathaniel but they refuse to do it, hence fake police. This was instructed by Interpol to the Bethlehem Police about 6 months ago and they, again, refused to investigate.

Charles Lenehen (aka Thomas Lamb bribed Albany County Supreme Court Judge Melkonian with $500 million dollars not to prosecute Lenehen for pedophilia. Lenehen is also part of the Boston Strangler ring.

Defendant additions

Jill Faren Phelps              Mila Kunis
Demi Moore                    Cris Juma
Ashton Kutcher             * Sandra Bernhard

22

Defendant Additions

Frank Douglas DeGennaro

* Nicolo Filangeri (BNP Paribas)
* The City of Cohoes Police Dept
  The City of Cohoes
  Nathan Lane
  Jerry Seinfeld
* Liz Sheridan
* Wayne Knight
* Jon Lovitz
  Julie Louis Dreyfuss
  Michael Richards
  Jason Alexander
  Brett Favre
  Jude Law
  Hugh Grant
  Elizabeth Hurley
  Terry Hatcher
* The cast of Seinfeld and crew
  Juliette Lewis
* Chevy Chase
* Beverly D'Angelo
* Arsenio Hall
* Martin Lawrence
* Tisha Campbell
* Tichina Arnold
  DL Hughley
  Kadeem Hardison
  Queen Latifah

23

## Defendant Additions

* Dayna Tyler
* Michelle Marsh
* Dr. Hmani Jancpana
* Anthony Friere
* Maury Povich
  Jerry Springer
* Connie Chung
* David Muir
  Lester Holt
  Brian Williams
  Matt Lauer
  Hodda Kodbe
  Al Roker
  Kathy Lee Gifford
  Risi's Philbin
  Joy Philbin
  Joy Behar
* Whupi Goldberg
  Sherri Sheppard
* Warner Wolf
* Dan Rather
* Cindy Itsu
* Roz Abrams
  Judy Archer
* Sandra Bookman
  Juliette Marshall
  Gunsa Giral
  Esther Lewis

24 —

Defendant Additions

The Employees of the Jewish Board
for Family and Childrens Services
* Jae Chun
* Freidman Anspach Employees
Alice Tisch
* The Employees of BNP Paribas Fortis Bank Global
* The Employees of Duff and Phelps Global
* The Employees of Execu Search Group
* The Employees of Talent Hub Worldwide
* The Employees and contractors for the
Bank of Tokyo — MFUG
Hon. Judge Kimba Wood and her
Magistrate at So. District of NY
Federal Court
Hon. Theresa Dancks
Hon. Christian Hummel
* Hon. Thomas J. McAvoy
Family Value Pharmacy Waterhloo NY
Neil Golub
Rite Aid Pharmacy
Price Chopper Pharmacy
The Cast of Days of Our Lives (Selected)
* The Cast of General Hospital (selected)
* The Cast of The Young and the Restless (selected)
* The Cast of The Bold and the Beautiful (selected)
* Cordary Productions
* CPT Holdings
* Bell Dramatic Serial Company

25—

Defendant Additions
Adrian Grenier
The Cast of Entourage and crew
Mark Wahlberg
Cameron Diaz
✱ The Cast of Gossip Girl and crew
✱ The Cast of Downtown Abbey and crew
Chuck Lorre Productions
Sarah Jessica Parker
Cynthia Nixon
Matthew Broderick
✱ Mel Gibson
✱ Danny Glover
✱ Ralph Lauren
All these Defendant Additions are all
involved in Transaction Bank, Bitcoin,
Drug Dealing, Peduphilic Gaming, Racketeering,
Pornography, and illegal weapons sales et al,
including the Deep Web and defrauding the
Social Security Administration.
    Defendant Additions
The Federal Reserve Bank of the USA
Janet Yellen
Hon. Sonja Sotomayor
Hon. Ruth Bader Ginsburg
Hon. Brett Cavanaugh
The Estate of Hon. Antonin Scalia
The Justices of the U.S. Supreme Court
The US Secretary of State

24

Defendant additions

The California State Police
The Minnesota State Police
The Arkansas State Police
The Missouri State Police
The Indiana State Police
The Connecticut State Police
The Florida State Police
The Washington State Police
The Canadian Royal Police
The Arizona State Police
The Country of Mexico
Cindy Crawford
Giselle Bundschen
* Thomas Brady
The Massachusetts State Police
The Boston Police
The Vermont State Police
The Pennsylvania State Police
The Akron Ohio Police
The Toledo Ohio Police
The Canton Ohio Police
The Cincinnati Police
Loni Anderson
Burt Reynolds
* Dom DeLuise
Joey Lawrence
* The Cast Of The Big Bang Theory and Crew
* The Cast of Sons of Anarchy and Crew

27 —

Defendant Additions
The Cast of Married with Children ad crew
The Cast of Sex and the City ad crew

Additionally, these defendants have knowledge
of selling children, selling Gay men and
selling women into Pedophilia and th Sex
slave trades of Thailand, Vietnam, Laos,
Cambodia, India, China, Australia's et al.

Defendant Additions
The Cast of Friends and crew
The employees of Levenworth Prison
The employees of Alabama State Prison
The employees of Texas State Prison
The employees of Lansdun Prison
The employees of Attica Prison
The employees of Danemora Prison
The employees of Witton County Prison, NY
The employees of Clinton County Prison, NY
The employees of Saratoga County Jail
The Saratoga District Attorney
The Saratoga County Public Defender
The Warren County Sheriff, NY
The Warren County Jail, NY
The Rensselaer County Jail, NY
Sandringham Castle Scotland
Balmoral Castle England
Versailles Palace France

28—

Defendant Additions
Brandenburg Palace German
Hapsburg Palace Austria
The Country of Czechoslovakia
The Country of German
The Country of France
The Country of England, Ireland, Scotland
The Island of Capri
Casey of 1180 P m W46 Rd
<u>Plaintiff Additions</u>

Thomas J. Moran Jr.
Peter C. Moran and family
Susan A. Moran and family
Terence Finn and Family
Robert Morrison and Family
Patricia Dziamba
Joseph Geib and family
Jennifer Geib and family
Thomas Geib and family
David Moran and family
Michael Moran and family
The Bellanger Family
The Westervelt Family
Iron Maiden Rock Group
    Defendant Additions
The Columbia County Sheriff
The Green County Sheriff
The Schenectady County Sheriff

29-

Defendant Additions
Jason Bateman
The cast of the Movie Horrible Bosses
Katherine DeGennaro and Family
Richard Gonzalez Family
Gary Silverman family
The cast Crew of friends
The Delmar Post Office NY
The Ballston Spa Post Office NY
The Rotterdam Post Office NY
The Schenectady Post Office NY
The Rotterdam Police Dept NY
The Scotia Glenville Police Dept NY
All Police Fake and Real In Albany Center NY
The Rotterdam Post Office NY
The Town of Rotterdam NY
Ronald Suriano
The Publicis Healthcare Communications Group
The Interpublic Group of Companies
The Associated Merchandising Corp.
Michael Dentato
Thomes Bolte
*Lewis Davis
Susan Sarandon

There are some Defendents indicated
by an asterile * that might become
Plaintiff's depending on the discovery
in this lawsuit and how that discovery
is funded and applied to amendments

30—

of this lawsuit.

Madonna Louise Ciccone murdered Kurt Cobain of the music group Nirvana, along with these Defendants; Martha Stewart, Renee Zelweger, Joshua Morrow, David Schwimmer and Lindsay Lohen.

Plaintiff Mr. Moran V, contents that most of the Defendants listed are serial killers, rapists, thieves, gaming addicts (meaning they create murder games that take time to plan and carry out at their profiled victim,) rade terring and the like et al. Most of these Defendants have animalistic prey qualities where they purposely stalk and prey on a victim.

Plaintiff, Mr. Thomas J. Moran V has been stalked by most of those Defendants for 36½ years, since July of 1982 when his parents bought a tract of land at 14 Van Dyke Rd Delmar, NY 12054, his parents are Thomas J. Moran Jr and Joan C. Finn.

Most of those Defendants call themselves "The Pedophiles", the one's who aren't, support "The Pedophiles".

31~

Craig Theodore Goronski, Virginia
Cullen (aka Lydie Kulbida), Victor P DeAmelia
(aka Bradford Allen O'Brien), Sharon O'Brien
(aka Betty Ann Napoli), Mary Spychelski,
Mary Gibson Clinton, Goronski (aka Craig D,
F, or T Apple Jr or Sr) forge identification
of Federal Marshalls, Police, CIA, DEA
DOJ, FBI, along with Michael John Huberth
any John Jensen Ackles Kelly Ripa (aka
Denise Ripoli), Melissa Joan Hart, and
Reese Ruther Witherspoon, and Teresa or
Theresa Gibson.

Renee Zeigler Zelweiger is
the primary instigater of my imprisonment
with John Jensen Ackles, Michael John Huberth,
Melissa Joan Hart, Virginia Cullen (aka
Lydia Kulbida,) Gertrude O'Brien, Sharon O'Brien
(both aka Betty Napoli and Betty Ann Napoli
respectively), Christopher Flynn and the
Menands Police Dept, charles Lenehan (aka
Thomas E Lamb), the Watervliet Police Dept,
Andrew Kirby, the Bethlehem Police Dept,
William Wendell, David Sciccitano, Mary
Spychelski, Mary Gibson Clinton, Victor P. DeAmelia
(aka Bradford Allen O'Brien) and Matthew
Ethier, and of the gaming plot to
murder Plaintiff, Thomas J Moran V,
for no reason at all, it was for fun, sport.

32-

"The Pedophiles" "game" at people
along with their supporters, and
they compete with each other to see
who can commit the most heinous
crime, and get away with it. The
spoils of this "Game" are money,
drug dealing, racketeering, Identity theft,
homes, cars, and anything and anyone
they can GET, DEAD!, and keep
the spoils.

"The Pedophiles" commit these
acts in person at you with a speak called
"Satan Speak" and in the "Thought Trade" through
thought to get you/one murdered. "The
Pedophiles" will use anyone or anything
to get one murdered to win the "Game."

All "The Pedophiles" are "all
"unregistered sex offenders" as Renee
Zeisler Zellweger said, on July 1, 2019
at 4:45 pm, EST, 1:45 PST.

Renee Zellweger stole $9 million
dollars from the rock group "IRON MAIDEN"
in 1986, April 26th.

The variety of Plaintiff's
show, how "The Pedophiles" operate, At
anyone.

John Gotti, was pedophiled
by Rudy Guiliani. Gotti was a car

33—

in Brooklyn, N.Y. Guiliani set up
Gotti to look like a mob boss and
put him through "The Pedophiles". Guiliani
is not an attorney and is a pedophile.
Gotti is in a Prison in Michigan for
life for doing nothing of what Guiliani
convicted him of. Judith Scheindlin is
a pedophile and a fake "judge" in Brookly
NYs criminal "court", a fake "court."
The Israeli Terrorist group Herbollah
needed money, so Gotti was profiled
because he ran a Sucessful cardealership
in Brooklyn, NY.

### Plaintiff Additions
Pamela Aalon
John Gotti
The Family of "Jimmy Hoffa"

"Jimmy Hoffa" was a black American
male who had severe brain damage
and was not able to control himself.
The NYPD created a story that "Hoffa"
was a mob boss and covered up his
actions with this story because they
NYPD, wouldn't, help him so they killed
him buried him in an oil barrel full
of concrete and put him under a parking

34—

lot in Queens, NY, Elmhurst, NY under a parking lot. Pedophile Michael Anthony Stilson's father a retired NYPD officer knows of this and participates in the heinous treatment of this young black American and his family, known as "Jimmy Hoffa". Hence the variety of this lawsuit.

The following people are the following:

Michael John Hebarth — The Zodiac Killer
The Unibomber
The Boston Strangler

John Jensen Akklos — Ted Bundy
Killer of Eton Patz
The Oklahoma City Bomber
The Boston Strangler

Katy Sagal — SIRHAN SIRHAN
Set up Charles Manson

Charles Lenahan — The Boston Strangler

Mary Spychelski — The Boston Strangler
Mary Gibson Clinton — The Boston Strangler
Victor P. DeAmelia — The Boston Strangler

William Fucillo — The Oklahoma City Bomber

35—

Mary Spychalski          — The Oklahoma City Bomber
                         — Killer of Mary Jo Kopeckni

Mary Clinton Gibson      — The Boston Strangler
                         — Killer of Mary Jo Kopeckni

Sharon O'Brien          — The Killer of Whitney Houston
William Fucillo —        The Killer of Whitney Houston
Kim Kardashian —          "    "    "    "    "
Kris Jenner  =           "    "    "    "    "

There are many many more crimes "The
Pedophiles" have committed, Plaintiff, Thomas J.
Moran V, reserves the right to add on more
discovery to this lawsuit.
        Plaintiff also seeks same remedy
for all Plaintiffs as stated in page 4—
5 of this lawsuit, states Thomas J.
Moran V, Plaintiff as said at the beginning
of this paragraph.
        Again, for this lawsuit,
Plaintiff, Thomas J. Moran V is a
Gay male, with Major Depressive Disorder,
ADHD, Generalized Anxiety Disorder
and collects disability insurance from
the Social Social Administration. The Plaintiffs
whereabouts have been reported to the
Social Security Administration, Fraud unit.

36~

The negligence of the Police and the US Justice System and the NYS Justice System and the California Justice System leaves a lot to be desired and heinously negligent in the response to crime in this nation, the USA, especially against Plaintiff, Thomas J. Moran V. It's as if the police/authorities look the other way when his life needed assistance. as they are doing right now to Plaintiff, Thomas J. Moran V.

"The Pedophiles" are trying to Slander Plaintiff's name, Thomas J. Moran V as a pedophile and make everyone believe it, even though Mr. Moran V is gay, Plaintiff.

Renee Zeigler Zelweiger, a pedophile with "The Pedophiles" assisted Guiliani, Defendant with the molestation of Mr. John Gotti, Plaintiff. The Pedophiles' are called "That Thing" by many people they've pedophiled for anything and/or anyone.

Brooke Shields sell's children with Cindy Crawford. Shield's has been, along with Crawford, waiting for my murder.

Peter Bocanovik lost his securities license because Martha Steward set up a fake accusction and conviction of securities fraud because she Pedophiled

37-

Bocanovik. Stewart uses Lazard
Frere where he worked to launder
drug money and pedophile money
and Bokanovic didn't know what
she was doing and when Bokanovic
found out, Stewart called the FBI
and blamed Bocanovik. Melissa
Armenti also launders drug money
at Lazard Frere. Plaintiff, Thomas J.
Moran V used to work with Armenti
at Duff and Phelps in New York City,
from October of 2008 to November
of 2010.

    Stewart knows David Arnoff
(aka Arnie) a Pedophile and a fake
employee of Albany County Jail where
he is an $8 million dollar a year drug
dealer at the jail.

    Stewart also set up a
duplicate email address on Plaintiff
Thomas J. Moran V using POP mail
on the deep web with Yahoo. Stewart
attempted Outlook email duplication in
Plaintiff, Mr. Moran's V name.

    Andrew Kirby, Glenn "
Childs (both of Bethlehem "Justice Judge"
and fake police officer along with
David Sciccitano sold drugs to

38—

teenage girls at Bethlehem Central Senior High School in Delmer, NY and also kidnapped them into Pediophilia with Kirby and Childs selling teenage girls.

Childs is also attempting with Virginia Cullen (aka Lydia Knibade) to kidnap my nieces and nephews and sell into pedophilia.

Plaintiff, Thomas J. Moran V reserves the right to add/edit this lawsuit upon discovery of any information at anytime.

Signed

Thomas J. Moran V

date: Jun 28, 2019    Thomas J. Moran V

Exhibit A

June 28, 2019

Judge Mae D'Agostino
Federal Court - Northern District of NY
445 Broadway, 5 flur
Albany, NY 12207

Dear Judge D'Agostino:

The enclosed lawsuit is in connection with my 2 Pro Se lawsuits filed in May 2017. Cases #422 and #423

This lawsuit is filed due to the pedophiles after me to murder me.

I am STILL in Albany County Jail, WHY? I've told you about 3 times as well as the entities in this enclosed lawsuit.

I am asking for Interpol intervention in this atrocity of my life caused by "The Pedophiles" as they call themselves, to murder me, for the past 36½ years.

I have no explanation, nor reason, nor any factual evidence why I'm here, not even any non factual evidence why I'm here? Any explanation

—2—          Exhibit A

you would like to offer? I've been
waiting for you for 29 months?
I want an explanation from you
within 14 days, at the most. _____
_____ I'm tired of being pedophiled
by EVERYONE INVOLVED in this!

Sincerely.
Thomas J Moran V

Currently                    Mailing
Albany County Jail           P.O. Box 69
850 Albany Shaker Rd,        Rensselaer, NY 12144
Albany, NY 12211
A West Cell 203

I've also gone to an attorney:
Criminal Attorney — Carmelo Laquidara
            90 State St
            Albany NY 12207
        (518) 445-8414

I've written 3 letters to my mother,
Joan Finn, 2 letters to my sister, Susan
Moran and 1 letter each to my brother, Peter
Moran, Thomas Moran, my father and the
letters to mom and sister were returned

— 3 —

Exhibit A

for no reason why and I think
that *Lydie Kulbide from WTEN Channel 10
and Aaron Childs of the Bethlehem Police
Dept STOLE my mail to them and
are returning mail, opened, little by little
to me in Albany County Jail. ————

——————— I've asked for so much help
and NO ONE, including you and the
Federal Public Defenders Office and the
Attorney listed on page 2 will help.
WHAT IS YOUR PROBLEM? Where is
your rule of law to follow? This
behavior opens up more litigation
against ALL entities et al. This
situation is becoming extremely hurtful
to me. I have 2 fake US Marshalls
visiting me at jail telling me to STOP
writing to you for help and to get
an attorney. Your "clerk" Theresa Gibson
did this who is related to Mary Gibson Clinton
who is with Interpol. —————————
——— WHY AM I LAST IN THIS!

Sincerely,
Thomas J. Moran

*Lydie Kulbide's real name is Virginia Cullen
from Akron, OH. The police there need her for murder!

— 4 —                    Exhibit A

I told the Akron OH Police 3x where she is. Also the Toledo, Canton and Cincinnetti Police are looking for her in connection with the murder of many police officers in Ohio. Kilbride/Cullen is doing this now in the town of Colome by murdering police officers, fake ones to set up her own fake police officers in Colome, one almost killed my this past January of 2019. His name is DAN.
          When are you going to see this and help me?
          Additionally David Arnoff (aka Arnie) sells drugs at Albany County Jail and is a pedophile. He also participated in the theft of my mail to my family. On his tour of Vietnam in the early 1970's, he murdered 20 Vietnamese girls and uses a man named PON who delivers girls to Albany County Airport where he's paying him $28,000.oo for 3 girls.
          There are also 4 women who work in medical that sell drugs in Albany County Jail and are pedophile's, as well.
          This behavoir is endangering my life because these inmates walk around high on drugs all day and night at Albany County Jail.

−5−                    Exhibit A

These two fake federal marshalls
handed me, upon the 2nd visit to ACJ
paperwork, telling me that my two
civil lawsuits were dismissed and even
gave me fake case numbers. I felt that
these two men, from Canton Ott, are threatening
my life to murder me with Theresa
Gibson and Craig Theodore Gwozski et al,
         The tense of this communication
is ET AL as well as the attached lawsuit.
                    Sincerely
                    Thomas J. Moran V

✳ MY FREEDOM HAS BEEN STOLEN
all for a lousy buck! THIS IS
HEINOUS and HATEFUL of ALL
INVOLVED!
      I CAN'T BELIEVE I'VE
BEEN PROFILED and PEDOPHILED
for MURDER for money!

      I AM A VICTIM!

I WANT THIS LETTER AS
  EXHIBIT A in the attached
lawsuit.



Moran II, Thomas J.
Albany County Jail.)
150 Albany Shaker Rd.
(again) NY 1021)
West Cell 30 3
or
O. Box 69
Rensselaer NY 12144

INDIGENT MAIL

Albany County
Correctional Facility
840 Albany Shaker Road
Albany, NY 12211

U.S. POSTAGE
PITNEY BOWES
02 1P   $ 000.950
0000889358   JUL 08 2019
ZIP CODE 12211

.95

Judge Mae P'Agostino
Northern District of NY
Federal Court
445 Broadway, 5th flur.
Albany NY 12207

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
RECEIVED
JUL 08 2019