U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 01 2019
AT____O'CLOCK
_____ J____ard, Clerk - Albany

July 17, 2019

Judge Brenda K. Sannis ℅ Judge Mae D'Agostino
No. District of NY Federal Court
445 Broadway
Albany, NY. 12207
Case No. 1:19-cv-808

Dear Judge:

    I would like to add/amend my lawsuit as follows:

1. All Defendants whether marked with an asterik "*" or not ALL be NOW Defendants.

2. I would also like to add damages as follows:

    A-1. Craig Theodore Guronski (aka Craig D, F, or T, Apple Jr or Sr.) the sum of $5 million dollars per day for every day I spend in Albany County Jail unlawfully et al.

    A-2. Charles Lenahon (aka Thomas E. Lamb) the same as item #A-1.

    A-3. Christopher Flynn the same as item #A-1.

    A-4. Andrew Kirby the same as

1:19-cv-808

-2-

A-4 confd - Item #A-1.
A-5 - Albany County Jail the
      same as Item #A-1.
Additionally, every entity Defendant
in this lawsuit the same as
Item #A-1.
          Just for clarity, thus
far, I am the only Plaintiff thus
far on this lawsuit 1:19-cv-808
          I also would like to add
the following Defendants:
     1. James Carey
     2. Jennifer McCarthy
Both of whom reside in Los Angeles
California and Canada.
          Signed,
          [signature] Pro Se
          Thomas N. Moran II


I also wish to question the sovereignty
of Albany County Jail, is this a real jail?
The people who work here, show otherwise.
I also wish to question the sovereignty
of the following entities:
     The Albany County District Attorney et al
     The Albany County Public Defender et al
     The Federal Public Defender, Albany NY et al
Every Police and Jail Value in Albany,

- 3 -                    1:19-cv-808

Saratoga, Schenectady, Rensselaer,
Columbia and Greene Counties, et al,
are they real?
            I also would like to allege
that Michael John Hubarth, who is in
NYPD holding with P.O. Maria DeCarlo,
both Defendants in this lawsuit, that
Hubarth, Defendant, called the Jewish
Board for Family and Children's Services
where I was employed as a
Human Resources Coordinator from
March of 2016 to June 24, 2016,
and called me a pedophile and I
was fired without cause, proof,
investigation, or even police involvement.
            It is also alleged that the
NYPD Officer DiCarlo et al and
the Waterford NY Police Dept believe
Hubarth, Gertrude O'Brien, Sharon O'Brien,
Victor P. DeAmelia, Judith Archer, Juliette
Marshall, Alice Tisch, Jae Chun, and
Sandra Silva. Hence again, I'm
being pedophiled by those people et al.
            I also, the Plaintiff, Thomas
J. Moran V, that Lydia Kulbida (aka
Virginia Cullen), the Defendant filed a
Civil Suit, in my name, in Albany County
Supreme Court with a Judge Peter Lynch.

— 4 —

1:19-cv-808

who is the husband of the late
Kelly Lynch, the Channel 13, WNYT,
reporter, Kulbida, allegedly murdered
in Cincinnati Ohio with Denise A. Ripa
(aka Kelly Ripa) and Madonna Ciccone.
I allegedly called Kulbida a "Pedophile".
How, Plaintiff says, can one file
this in Civil Court.

    Plaintiff, Thomas J. Moran V,
alleges that at his appearance
at Bethlehem Town "Court" in front of
the judge, the "police", in plain clothes
all stood around me when the "Judge"
addressed me to tell me that "I'm not
mentally stable, to understand the charges
against me" literally threatened my
personal safety and I saw the stress
and red faces on these individuals
and I thought they were going to
murder me. For what, Plaintiff now
says, I have no idea.
    Plaintiff alledges that the
civil lawsuit filed at Albany County
Supreme Court was given to David Soares
the fake Albany County District Attorney
and fake Albany and City Court Judge.
Plaintiff alledges that Kulbida and Soares
have miscreant criminal dealings in Ohio,

in the cities of Akron, Canton, Toledo and Cincinatti.

Lydia Kulbida used a WTEN channel 10 news truck to bring the lawsuit, civil lawsuit, to the Albany County Supremo Court in Albany, NY, it is alleged.

The Plaintiff, Thomas J. Moran V, also would like to add Ellen Page as a Defendant. Plaintiff alleges that Ellen Page is a Satanic terrorist, Pedophile and has spent the last 12 years with Rinee Zellweger Zeijler to murder Plaintiff with their Satanic, Pedophile ways.

Plaintiff alledges that all these Defendents participate with Transaction Bank et al and Satanic Terrorism at Plaintiff, Thomas J. Moran V because he will not participate with these Defendents, of this lawsuit, 1:19-CV-808.

Plaintiff, Thomas J. Moran V, alledges that the Police know Plaintiff is in Albany County Jail and want all the Defendents to admit it or Police won't get him out of Jail. Plaintiff alledges this is premeditated false

— 6 —                    1119-cv-808

imprisonment, kidnapping and endangers
acutely Plaintiff's life on behalf of
the Police and the Defendants, who are
also, the Police, Defendants in this lawsuit,
The Defendants have been terrorizing
Plaintiff's life since 1980, in years.
Defendants Plaintiff alledges, have known
that Moran has been in and out of
Albany County Jail eight (8) times
including the Capital District Psychiatric
Center, Albany Medical Center and
Sameritan Hospital Psych Ward in
addition to Albany County Jail. Plaintiff
Alledges that specific Defendants Victor
P. DeAmelia (aka Bradford Allen O'Brien)
Sharon O'Brien (aka Betty Ann Napoli)
and Mary Spychalski are responsibly for
the hospitals and incarcerations without
just cause, cause, fact,

Plaintiff, Thomas J Moran I
alledges that these particular Defendants,
that Plaintiff is aware of, Spychalski,
the O'Brien's (aka Napoli + DeAmelia), Clinton,
Gorinski (aka Apple), Wendell, Sciccitano,
Hobarth, Ackles, Hart, Byrnes and
Saponitz (aka O'Brien), along with the
Watervliet, Delmar, Ballston Spa, Schenetady
and New Karner Rd Postal Facility and the

-7-                    1:19-cv-808

the letter carriers involved stole
Plaintiff's Mail and used it for all
kinds of miscreant practices. Plaintiff
filed several complaints with the US
Postal Service Office of Inspector General
Fraud Unit and the U.S. Postal Police in
New York, NY to no avail.
        Plaintiff, Thomas J. Moran I
reserves the right to change/amend this
lawsuit as any discovery is observed.
        Plaintiff alledges that all
this delay, time and acute danger has
all been at the Plaintiff's expense,
by all Defendants.
        Plaintiff Alledges that
Defendants Jean Marie Murawski of
33 Slingerland St. Albany, NY and Virginia
O'Neill both employees of Albany County
Jail have bank accounts at Key Bank
on Wolf Rd in Albany NY. Defendant
Murawski has $7 million and O'Neill
has $11 million in their accounts. O'Neil
and Murawski put themselves as authorized
users. Plaintiff, Thomas J. Moran I alledges
that Craig Theodore Goronski (aka Craig D, F
or T Apple Jr or Sr) impersonated and stole
Plaintiff's identity to open those accounts,
as Goronski, Defendant, has done to

1:19-cv-808

This page is

intentionally left blank

-8-    1:19-cv-808

Plaintiff, Moran I, for about 28 years
with Victor P. DeAngelie (aka Bradford Allen
O'Brien), Ruth Segmitz O'Brien and
the NYS' Troopers.

Plaintiff, Thomas J. Moran I
alledges that Craig Theodore Galenski
is impersonating him in the Federal
Court's Jail in Albany, NY to Judge
Mae D'Agostino.

Plaintiff, Thomas J Moran I,
alledges that Mary Spychalski, Mary Gibson
Clinton have been stealing his identity
to file fraudulent claims of renters
insurance with Travelers Insurance Co.
for 20 years through their Glens Falls,
N.Y. Office, Sharon O'Brien, Defendant as
is Spychalski and Gibson-Clinton, benifited
from this insurance fraud for their
illegal drug/pedophile businesses they've
all had for over 2 decades.

Plaintiff, Moran I alledges
that Charles Lenahan (aka Thomas E. Lamb)
and the NYS Troopers, Mary Spychalski
Mary Gibson Clinton, all Defendants et cl
performed gaming and racketeering schemes
on Plaintiff's AT+T and Tracfone servies
for the last 20 years at least.

Plaintiff, Moran I, alledges

- 9 -                    1:19-cv-808

that Amanda Bynes, Ruth Saponitz, Victor P. DeAmelia, Rob Lowe, All defendants et al, performed illegal electronic gaming and racketeering on Plaintiff, Moran II, Yahoo email, Microsoft Outlook and One Drive accounts, for many years stealing emails, sending emails and deleting information, emails etc from Plaintiff's accounts.

Plaintiff, Moran II, alledges that Melissa Joan Hart, Lydia Fafalida (aner Wittmeyer Zwiler etc) all Defendants et al, married Plaintiff in 48 states of the United States of America.

Plaintiff Moran II alledges that Sharon and Gertrude O'Brien (aka Betty ann and Betty Napoli) stole Plaintiff's identity in 48 counties in NYS, the State of Vermont, Massachusetts, Florida, Alabama, California etc) as Defendants, et al to steal social services and State unemployment benefits in all counties and states in Plaintiff's name, Plaintiff Alledges that Sharon O'Brien collects $11 million dollars a month nationwide to run her drug businesses et al, as a defendant to clarify O'Brien's name in this lawsuit, Defendant O'Brien pays

It is alleged in all this paragraph $16 thousand dollars a month to employees of these agencies to give her this money.

Plaintiff, Thomas J. Moran V alledges that Andrew Kirby, Charles Lenaham (aka Lamb) and Christopher Flynn ; all Defendants are running around Plaintiff through their fake courts, again, in addition to their current miscreant actions against Plaintiff and charge him with what they are Pedophilia, to intimidate Plaintiff, Moran V, to get him into their miscreant acts.

Plaintiff alledges that all Defendants in this lawsuit know all the miscreant acts done and are planning to do to Mr. Thomas J. Moran V, Plaintiff, in this case.

Plaintiff, alledges that the following Defendants knew that the remaining Defendants were performing premeditated miscreant acts against Thomas J. Moran V, Plaintiff for 38½ years; The CIA, DOJ, FBI, DEA, TSA, NSA, the Trump Administration, as well as the administrations of Obama, Bush, Clinton

and George H.W. Bush et al. This Plaintiff alledges is miscreant Pedophilia. These entities did NOTHING to stop it. Plaintiff alledges that all these entities) Defendants support fake Police values of all kinds, and fake employee values of all kinds to murder Plaintiff, Mr. Moran I.

Plaintiff, Mr. Thomas J. Moran I immediately reported all these miscreant values to INTERPOL due to all the fake Police values around him everywhere he went, including fake employee values.

Plaintiff, Thomas J. Moran I alledges that all monies stolen from Plaintiff, by Defendants et al where done through Automatic Clearing House withdrawls (ACH), to support Defendants miscreant crimes in Plaintiff's name, without the Plaintiff ever knowing for the past 38 1/2 years.

Mr. Thomas J. Moran I, Plaintiff also alledges that his family, immediate, and extended, alive or passed away, were victims of the same miscreant crimes by Defendants et al, including the murder of Plaintiffs immediate and extended family whether premeditated and not done yet

and/or premeditated and performed.
Mr. Thomas J. Moran V, Plaintiff
alledges that to following people, members
of Plaintiff's extended family were
murdered by Mary Gibson Clinton, Mary
Spychelski, David Scicutano, William Wendly
and Sharon O'Brien;
   X  James and Dorothy Finn − Grandparents
   X  Lloyd and Margaret Heith − Grandparents
   X  George Dziambc − Uncle
   X  Michael Moran − Uncle − U.S. Army, Japan
   X  Mary Finn − Aunt
   X  Rory Finn − Uncle.
   ✓  Arthur Schultz − Uncle
Plaintiff also alledges that David Scicutano
William Wendell, Mary Gibson Clinton and
Mary Spychelski murdered Plaintiff's
family dog, named LAD a sheltie they
were given for Christmas by Plaintiff's
father, Thomas J. Moran Jr in the
year 1975. The enormity of this
loss is immeasurable to Plaintiff, Thomas
J. Moran V.
      Plaintiff, Mr. Thomas J Moran V
alledges, all Defendants knew of these
miscreant atrocities done to Plaintiff and his family,
immediate and extended.
      Plaintiff, Thomas J Moran V

— 13 —                    1:19-cv-808

demands Defendants be tested for
Pedophilia, due to the fact that they
are unregistered sex offenders, upon
completion of testing, Defendants have
no legal rights at all in this nation,
the United States of America and worldwide,
due to this testing.

    Plaintiff, Mr. Thomas J. Moran II,
same as Thomas J. Moran V or Mr. Moran II
or Moran V in this lawsuit alledges
that Defendants James DiBarbieri and
the Fashion Institute of Technology, Tina
Kramenszky, Victor P. DeAmelia (aka Bradford
O'Brien) and Sharon O'Brien (aka Betty Ann
Napoli) set Plaintiff up for theft of
$140.00 or similar sum, fired Plaintiff
for it by Ms. Belinda Feris, Director
of Human Resources, Margaret Hamrahan,
Laura Solomon, Anthony Rizzo, Alexandra
Duran, the Union employees of F.I.T. and
the administration of the Fashion Institute
of Technology, the Bursar's Office and
Registration Center of F.I.T. and investigated
him for being a pedophile and spent 4 months
investigating this and never told Plaintiff
when he was hired back and then made
to wait 6 weeks for back pay by
the Union and accounting and payroll offices

— 14 —     1:19-cv-808

of the Fashion Institute of Technology
(F.I.T.). Plaintiff would particularly like
to point out the behavoir of Leslie D'Onofrio,
Daniel Bernard, Katie Millen Sanvil,
Margaret Hanrahen and Laura Soloman,
all alleged Pedophiles, as well as James
DeBarbieri for their premeditated, attempted
and done miscreant deviant behavoirs
at him throughout his employment with
the Fashion Institute of Technology, F.I.T,
otherwise known as.

   Thomas J. Moran V, Plaintiff
alledges that the closet in the file
room of the Watervliet Housing Authority
has evidence of all miscreant crimes
committed by Mary Spychalski et al in this
closet for the past 38 1/2 years, The
Watervliet Housing Authority is located at
2400 2nd Av. Watervliet, Ny 12189.

   Plaintiff, alledges that
Travelers Insurance Co on Wolf Rd.
is a drug monitoring facility for
Mary Spychalski, the employees there are
fake. Plaintiff alledges the address is
35 Park Place off of Wolf Rd, in
Albany, N.Y. 12205.

   Thomas J. Moran V, Plaintiff
alledges that a Maureen and a Kristin Sprain

−15−

1:19-cv-808

work of the Watervliet Housing Authority and are aware of Spychelski's et al crimes and participate with Spychelski for many years.

Thomas J. Moran, Plaintiff, alledges that Janet from the Inmate Services Unit of Albany County Jail came to Plaintiff in the tier and asked him to sign what she called "Commitment Papers". Plaintiff didn't know what they were about and Defendant Janet, refused to explain what that meant. Then Janet pushed Plaintiff to sign what initial the "Commitment Papers", again without any explanation by Defendant and Defendant was indignant at Plaintiff and Plaintiff walked away with no understanding of this. Plaintiff, Thomas J. Moran V found these words "Commitment Papers" alarming and again puts Plaintiff in a dangerous position of believing a conspiracy against Plaintiff is going on, to murder him. Plaintiff, Thomas J. Moran V waits in Albany County Jail for someone to come murder him in jail due to the suspicious nature of Janet, Defendant, the Albany County Jail and Loncham, Kirby and Flynn fake judges in Watervliet, Bethlehem and

Menards respective of their names listed here and as Defendants in this case.

Plaintiff, Thomas J. Moran ☥ alledges that Victor P. DeAmelia (aka Bradford Allen O'Brien) of the NYS Division of Human Rights in the Agency Bldg #1 floor 2 of the Empire State Plaza in Albany, NY stole my identity and fraudulently sent me student loan bills from a fraudulent company called "Ed Financial". "Ed" is the name of Victor P. DeAmelia's, Defendant, miscreant crime partner who runs this financial scam and runs Victor P. DeAmelia's BITCOIN operation in Knoxville, Tennessee. Plaintiff informed to the Social Security Administration (who knows Plaintiff is in jail) of Bitcoin and of DeAmelia's theft of my Social Security Disability Insurance (SSDI), with his sister Sharon O'Brien (aka Betty Ann Napoli).

Plaintiff alledges that ALL Defendants are calling him a pedophile and have been slandering Plaintiff's name and human value al) over every value of Plaintiff Thomas J. Moran ☥ life. Plaintiff has 9 years of therapy and psychiatry to prove he is NO pedophile. Plaintiff is a Gay male.

Plaintiff, Thomas J. Moran V,
alledges that Police Officer St. _____
last name is not known at this time of
the Menands, NY Police Dept know that
"Judge Flynn" and the "Police" of Menands
are fake and Pedophiles and drug dealers
and did nothing to look into why Plaintiff
Plaintiff is being run in and out of
"Menands court".

    Plaintiff alledges that Sharon
O'Brien, and Ruth Saponitz stole two
lawsuit settlements with the Los Angeles
Dept of Corrections for $17 million dollars
and the Los Angeles Police Dept of $750 million
dollars in the spring of 2008, that
Attorney Amanda Goad of the American
Civil Liberties Union (ACLU) won for plaintiff,
Thomas J. Moran V.

    Plaintiff, Thomas J. Moran V
alledges that Defendants; O'Brien's, Lenehen,
Kirby, Flynn, Scicclitano, Wendell, Murray-
Murphy, Saponitz, Fuerillo gang raped
Plaintiffs Mother 69 year old Joan C. Finn
on December 17, 2017 at 9:28 pm in
her home at 500 16th St. Apt 203
Watervliet, Ny 12189. Additionally these
Defendants were also present Spychalski,
Gibson/Clinton, Esther, Lorraine Spychalski

Victoria "Sylvie" Hayden, Defendants.
Plaintiff Alledges that David
"Arnie" Arnoff, Defendant, also participated
with Janet the ISU Albany County Jail
employee for Thomas J. Moran I, Plaintiff
to sign these "Commitment Papers".
Plaintiff alledges that all
Defendants miscreant pedophilia acts
have all been Pre Meditated throughroughly,
against Plaintiff, Thomas J Moran I.
The Plaintiff Thomes I Moran I,
has written 2 letters to Attorney
Carmelo M. Laguiders and Paul Devane,
1 letter, from Albany County Jail for help
handling the 3 fake courts and judges
and police in Bethlehem, Menands any
Watervliet, with no response. Plaintiff
alledges these two attorney's he added as
Defendants and have knowledge of these
fake courts. When Devane entered the
jail at the Bethlehem Town Court on July
16, 2019 and Plaintiff asked Devane
Defendant, for a business card, the
room laughed at me, this encompassed
the Bethlehem "Police" and the Albany County
Sheriff Buzzard and other "employees"
of the Town of Bethlehem. 3rd These
attorney's Laguiders and Devane are frauds.

to walk into "fake" "courts" to practice law. Plaintiff demands these 3 letters be turned over to the court, written by Thomas J. Moran IV, Plaintiff, from Albany County Jail.

Plaintiff demands letters written to Peter Moran 1 letter, Thomas J. Moran Jr 1 letter, Joan Fihn 2 letters, and Susan X. Moran, 3 letters be returned to Plaintiff, Thomas J. Moran IV by Lydia Kulbida (aka Virginia Cullen) and "fake" "Police Officer" Aaron Childs of the Bethlehem "Police" Dept. who paid off the postal offices of Delmar, Watervliet, a Mary in Watervliet, Ballston Spa and Schenectady with money for these letters. Plaintiff, Thomas J. Moran IV would like to acknowledge the nasty, and abandoned way Interpol treated Plaintiff for all the assistance provided to Interpol over the past 2 years. Plaintiff provided over 3,000 facts for their Investigation and hung Plaintiff out to dry, with fear, worry, terrible heinous anxiety, homelessness, severe depression and loneliness, and a nagging fear that this will never end.

-20-

1:19-cv-808

Plaintiff, Thomas J, Moran V, alledges that the "Thought Trade" and "Allegations" are one in the same with saying "Just Saying", as well. The use of quotes " " is for emphasis of these words only in this case/lawsuit.

Plaintiff, Thomas J. Moran V alledges that Mary Spuchelski and the NYS Trapers et al set up my cousin Joseph Geib for gun robbery and other miscreant acts falsely. Geib suffered six years in prison for this.

Plaintiff, Thomas J. Moran V alledges that the Defendants dumped all their miscreant crimes, in thought on Plaintiff so as to blame Plaintiff and to have the Police, globally, blame Plaintiff for all their miscreant crimes since 1980.

Plaintiff, Thomas J. Moran V alledges that I sue at Albany County Jail) Employee Jared/Maria, Lydia Kulbida (alca Virginia Cullen), Christina Grancio, the Bethlehem, Watervliet, Menands, Colonie, Latham, Guilderland Police Depts, Albany City Police and Detectives, Lenehen, Flynn, Kirby et al stalk the immediate and extended family of Plaintiff to

murder them and sell their children
into Pedophilia, Plaintiff would also
like to point to Craig Theodore Gorinsky
and Ruth Sporotz, Lorraine Spychelski,
the Ballston Spa and Schenectady Police
Depts, Bethlehem, Watervliet, Menards
Police.

Plaintiff Alledges that Judith
Scheindlin and Alice Tisch fraudulently
represented themselves as Attorney's and
judges in NYS Courts in New York City
and Albany NY by filing lawsuits
against Plaintiff, Thomas J. Moran II,
in Federal Court of the Northern District
of N.Y and NYS Supreme Court and Albany
County Supreme Court, saying Plaintiff is
a Pedophilia when they are the Pedophiles
working to keep what Plaintiff discovered
about them not known to law enforcement
and the public.

Plaintiff alledges that due
to the findings of Pedophilia all over
local, state, city and Federal Governments,
law enforcement and social welfare
by the Pedophiles, these Defendants
want Thomas J. Moran II, Plaintiff murdered.
Additionally in Corporate America Plaintiff
after working in Corporate America for 24 years

finding Pedophilia all over Plaintiff's
work places.

Plaintiff alledges that Victoria
"Sylvie," Hayden was a security
investigator with CVS Pharmacy from
Woonsocket Rhode Island and fired me
for theft in the Store in which she made
me admit to theft, at 19 years old, and
made me pay restitution to CVS in the
amount of $50.00 to the Regional Store
Manager who sat in the encounter with
Plaintiff. This was fraudulent on the
part of Hayden, Defendant, and Hayden
performed this miscreant crime with
Victor P. DeAmelia (aka Bradford Allen O'Brien)
Defendant in the year 1986, Plaintiff
also alledges that Hayden lives next door
to Plaintiff's mother Jean Finn at
500 16th St #202 Watervliet Ny 12189
and that Hayden is a pedophile and
a heroin addict. Plaintiff also alledges
that Hayden is a graphic artist for
DeAmelia's miscreant crime businesses
and works with Mohawk Fine Papers
in Cohoes, Ny to print a variety of
bank statements, credit card statements
mortgages, student loans, etc et al's
to support pedophilia, drug dealing and

-23-     1:19-cv-808

many other of Dr Amelia's miscreant
crime business et al.
      Plaintiff alledges that Lydia
Kulbida (aka Virginia Cullen) and Christine
Arangio, Elaine Houston, Bonita Zahn and
Elizabeth Bishop launder drug and pedophilic
money through WTEN, WNYT and WRGB
in Albany, NY for Mary Spychelski,
Mary Gibson Clinton and the NYS Troopers.
All Defendants. Plaintiff alledges that due
to this knowing, they threaten his life
and the life of his immediate and extended
family & say Plaintiff, Thomas J. Moran I.
      Plaintiff, Thomas J. Moran I
alledges at Albany County Jail there is
drug dealing and pedophilia. Employees, the
Defendants monitor inmates for possible
new drug dealers for the pedophile employees
who aren't real employees of ACJ, Defendants,
also known as Albany County Jail). Plaintiff
alledges that 4 work in medical, 3 corrections
officers, 1 who works in the ISU unit, 1
that works in the administrative taking bail
money, 8 in Processing that are all
Pedophiles with Craig D, #, or T Apple Jr or Sr
(aka Graig Theodore Gorinski) the fake Albany
County Sheriff, who is a pedophile.
      Plaintiff alledges that Alice

Tisch ot the Jewish Board of Family
and Children's Services, both Defendants,
float stat of NY taxpayer money
to run the family services agency through
the NY Stock Exchange, the Securities
Exchange and then launder the money
through the Jewish Board for Family and
Children's Services, Plaintiff alledges that
Tisch, Defendant hires pedephilos to
work at the Jewish Board (JBFCS) and
lifts state unemployment insurance
money off of employees paychecks to
pocket the money with Judy Archer
the Senior Director of Human Resources at
the JBFCS. Plaintiff alledges that
Mishkun Residence Director at the JBFCS
has a $3million slush fund that he
steals, this Defendant, from Tisch, Defendant,
and uses employee of JBFCS Yuisc
Givel a "Generchst" in Human Resources
to watch the slush fund and pays her
$14,000.00 a week by fake check which
Givel deposits in Bank of America on
6th Av and West 45th St. in New York
City. Plaintiff alledges a hate crime
against JBFCS et al was committed
of Plaintiff, Thomas J. Moran I. Plaintiff
alledges at JBFCS the Defendant that

basic human needs weren't provided, example, Hot water in the restroom or kitchen near Human Resources, office supplies, a safe and clean office environment. The place stunk and was a mess. Plaintiff observed all day, every day, Employees personal information was strewn about the office and despite many cleanups by Plaintiff, it was always undone by another Defendant at JBFCS, Plaintiff also found microwave ovens with "Kosher, please dont use", and he found this discriminatory guy terribly troublesome to see on a daily basis with a diverse work crowd at JBFCS, not to mention discriminatory, to this diverse workforce, at JBFCS, Plaintiff finds the name of the firm/agency "Jewish Board" discriminatory.

Plaintiff, Thomas J. Moran V alledges that Defendant Victor P DeAmelia (aka Bradford Allen O'Brien et al) plays a game with the Peduphiles, also Defendants, as DeAmelia is a Peduphile Psychopath with an urge to kill and a paraphiliac, to murder Plaintiff and wants all Defendants to pay DeAmelia $500,000,000,00 for and bring the head of Plaintiff, Thomas J. Moran V

to DrAmelia as a trophy for DrAmelia
to have to show her Pedophile World
and Satan (because DrAmelia worships
Satan) Plaintiffs head. This game has
been going on for 35 years with DrAmelia
Defendant(s) et al. This game is a
worldwide game encompassing all
Defendants listed and unfound defendants.
        Plaintiff, Thomas J. Moran II
alledges that all Defendants in this
lawsuit worship SATAN.
        Plaintiff alledges that
Defendant Craig Theodore Gorski (akc
(Craig Apple et al) has a fraudulent
debt collection agency called MDS
based in Vero Beach Fla and 1 other
location in Florida. Plaintiff was
sent a unpaid medical bill from
Albany Medical Center for treatment paid
by Plaintiff's health insurance plan in
June 2016, approximately and Plaintiff
sent MDS a "30 Day Right to Sue"
letter 2 X to get an explanation for
this debt and this, fraudulent debt
was placed on his, Plaintiff's credit report
with Trans Union with defendant Trisha
Hodges, an employee with Trans Union,
        Plaintiff needs to add Trans

— 27 —    1:19-cv-808

Union, Experian and Equifax as
Defendants in this case 1:19-cv-808.

Mary Gibson Clinton, Defendant
Uses Albany Medical Center to skim
money off of Plaintiff's Health Insurance
through fraudulent medical claims it is alledged.

Mary Gibson Clinton, Defendant
et al filed fraudulent Tax returns with
the Internal Revenue Service et al with/in
Plaintiffs name. This action has
been going on for over 2 decades
Plaintiff alledges and Plaintiff wrote to
the IRS of this for assistance and
visited the IRS in Albany, NY for assistance.

Defendant Victor D. DiAmdia et al
stole my Social Security Disability Insurance
and gave it to Sharon O'Brien, Defendant,
Lorraine Spychalski, Defendant and Gertrude
O'Brien Defendant, Plaintiff alledges.

Defendant Mary Gibson Clinton
murdered Plaintiff's great aunt Mary
MacTuffie (aka Sister Virginia Marie)
at the Sisters of Caroudulet Convent in
Latham, NY.

Plaintiff alledges that the
apartment Complex Menands Gardens Apt
at MacDonald Circle is a pedophile apt
building, residing there are Kulbida Kirby

Flynn, Arangio et al Defendants.
Plaintiff alledges tht
Defendants Kirby, Flynn ang Lenehan
are kidnapping Plaintiff Thomes J. Moran V
at Albany County Jail since Feb of 2017.
PLAINTIFF DEMANDS AGAIN, FOR
THE RELEASE OF HIM, AND HAS
DEMANDED THIS IN AGGREGATE OF
ALL NOTIFIED PARTIES at least 8
times since March of 2019, to be
RELEASED FROM ALBANY COUNTY JAIL!
        Plaintiff, Thomas J. Moran V,
alledges that Andrew Cuomo, Governor
of NYS sent in a "wet nurse" as its
called due to Defendants Pedophilia as
a nurse practioner to assess my
mental health. Plaintiff told this
"wet nurse" that he is GAY, within,
minutes the "wet nurse" said "Good luck"
and shook Plaintiff's hand after asking
a short series of useless questions and
knew the answers already because upon
telling her Plaintiff has no idea why he is
in jail), her demeanor didn't act
surprised when Plaintiff told her these
Pedophilic "judges" have run him in and out
of Albany County Jail "for no reason"
Plaintiff told Cuomo's "Wet nurse".

- 29 -

1:19-cv-808

Plaintiff heard she was Cuomo's "wet nurse" on the Thought Trade a few days after her visit to Plaintiff in A.C.J. Plaintiff confirms the date with this "wet nurse" was 7/5/19, her name was Sue C.

Plaintiff, Thomas J. Moran II, alledges that an actress name Joelle, (last name I will get later), who appeared on the TV show "The Good Wife" as actor Chris Noth's Campaign Manager, and also appeared on the TV show "Fringe" as an agent for the CIA. The actress, Defendant, Joelle, impersonates Judge Mae D'Agostino, a Federal District Judge in the No. District of New York State to steal information from the Plaintiff to impede Plaintiff's investigation and case herein. Defendant is a pedophile and sell drugs and children, Plaintiff alledges.

It is alleged in the Thought Trade, by Plaintiff, that Joelle is trying to kidnap Chris Noth's 16 year old daughter to sell into Pedophilia.

Plaintiff, Thomas J. Moran II, alleges that all Plaintiff has alleged in his lawsuits 422, 423 and 808 and with Interpol, and all Police Values,

1:19-cv-808

- 30 -

Globally, was heard on the Thought
Trade as was told to Interpol over
and over again, some 3,000 times
over approximately a 1½ year time
frame, and communicated by letter or via
electronic communication to all Police
Values Globally. Plaintiff, has worked
tirelessly for 35 years gathering, watching,
seeing, discerning all information alligations
in all these forms of communication
to all listed Values Globally, single handedly.
        Defendant, William Wendell,
knew Plaintiff, Thomas J. Moran V, since
1985 when Plaintiff met Defendant at
the now closed State St. Pub, a Gay
establishment in Albany, NY. Wendell is
a relative of the O'Brien, Sopnitz and
DeAmelia family and watched those
Defendants for 35 years attack Plaintiff
with Identity theft, slander, racketeering,
and gaming, and never once told Plaintiff
these things were going on and thought
through behavioral acts that Plaintiff was
stupid, as Defendant Wendell told many
people that Plaintiff knew in Albany, NY
that were Plaintiff's friend. Plaintiff
particularly points at Jean Moranski,
Robert Byrnes, Phyllis Pepper who knew

of miscreant crime slanted and directed
at Plaintiff, Thomas J. Moran V, particularly
the Plaintiff being called a Pedophile
and knew Plaintiff was marked for murder,
these Defendants never uttered a word
or clue at Plaintiff that there were
conspiricies around Plaintiff, Thomas J. Moran V
to murder him, and the slanting and
directing of miscreant crime around Plaintiff.
Plaintiff further alledges that these Defendants,
for clarification, all Defendants in this
lawsuit viewed Plaintiff as a plaything
someone to own and a view of Plaintiff
as "Oh you are STILL ALIVE?", upon
seeing Plaintiff, Thomas J. Moran V,
        Plaintiff will have to
constantly look over his shoulder
and look at EVERY PERSON he encounters
"Is this person going to murder me?",
for the REST OF PLAINTIFF's LIFE!
        Plaintiff, Thomas J. Moran V,
alledges that Defendants Hubarth, Ackles
and NYPD P.O. DiCarlo stalked me for
18 years due to Defendant Hubarth
calling Plaintiff a Pedophile and also
going to Plaintiffs last 11 employers
calling Plaintiff a Pedophile, he murdered
my daughter and Plaintiff needs to be fired

due to this. Plaintiff was always let go from all 11 employers, Plaintiff alledges for no reason at all, just thrown out the door without any knowledge of what those 11 (eleven) employers were told.

Plaintiff demends that the Pedophile Defendants be given a Lobotomy to curb/stop the thought Trade due to their constant use of it that everyone else including Plaintiff dosn't want to continue, ever again because their psychopathy promotes the Thought Trade.

Plaintiff, alledges, that ALL Police Values Globally are purposely leaving Plaintiff, Thomas J. Moran V In jail so as to avoid being caught with The Defendants miscreant crimes that the Police Value's also Defendants to avoid criminal prosecution with The Pedophile Defendants to avoid association with them, and any association with the Plaintiff due to their severe negligence over to past 35 years in not detecting all this miscreant crime and not seeking assistance for the Police Value's short sightings in manpower et al.

~ 33 ~     1:19-cv-808

Further Plaintiff applies to all Global
Police Values'. Ignorance of the Law, is
no Excuse, after all the Police Value
would tell the Plaintiff that.

Plaintiff alledges that "Judge"
Kirby, "Judge" Flynn and "Judge" Lamb
(aka Charles Lenehan and the Boston Strangler),
are creating Pedophile charges against
Plaintiff Thomas J. Moran I, in the
Defendant's fake "Courts" of Bethlehem,
Menands and Waterford respective of their
names above, and are planning to put
Plaintiff in Danemore Prison in New York
State.

Plaintiff, Thomas J. Moran V, would
like to correct the last name of Defendant
Joanna Schicvo to Joanna Schmidt from
Nassau County, New York. Schmidt is one
of the Defendants who identifies herself
as one of "The Pedophiles", again the use
of quotes " " is for emphasis of their
group name.

Plaintiff, Thomas J. Moran V,
alledges that Defendant John "Jack" McArdle
of the Waterford Police Dept in Waterford, N.Y.
Whom Plaintiff thought he could trust, is a
drug dealer with Sharon and Gertrude O'Brien,
McArdle put all these facts out there in the

thought trade and Plaintiff, Thomas J. Moran V,
heard them about the O'Brien's et al and
their miscreant crimes to frame them and
put them in prison due to the fact that he is
a real Waterford Police Officer, McArdle the
Defendant. Plaintiff wrote two letters to
Defendant McArdle and he ignored Plaintiff
to frame Plaintiff for pedophilia along with
the O'Brien's. Plaintiff heard the facts of
the O'Brien's et al miscreant crimes
and reported them verbally by phone
to the Waterford, NY Police website drug
tip line. Plaintiff never received a or
any response from Defendant McArdle.
Plaintiff further alleges that Defendant
McArdle took a $225,000.00 bribe from
the O'Brien's in payment for the death of
his wife and son because he didn't want
to deal drugs anymore with the O'Brien's.
John Jensen Ackles was there the night
Defendant McArdle took the bribe. Ackles
is also a Defendant in this case. The
O'Brien's (aka Napoli) are also Defendants
in this case.

Plaintiff alleges that Defendant
McArdle knew, through the two (2) letters
sent to the Waterford Police Dept in care
of McArdle informing him of where the Plaintiff

— 35 —

I's and hes been placed there eight (8) times by the O'Brien's and due to McArdle, knowing this, the Defendant McArdle knowingly put Plaintiff in mortal danger eight (8) times since Feb 2017, along with Defendants O'Brien's, McArdle is working to prosecute the O'Brien's for miscreant crimes that he also participated in and because Defendant McArdle is a real police officer, McArdle would walk away a free man, free of prosecution by their conviction and sent to prison for the rest of their lives without attorney or other outside involvement to hinder his chances of not being implicated, charged and convicted of Defendant's McArdle's participation in the miscreant crimes of the O'Brien's for the past 20 years, also Defendants in this case.

Plaintiff also alledges that Defendant McArdle knew of Plaintiffs et al homelessness and troubles and did nothing to assist all these years, being a real Police Officer and Plaintiff further alledges abandonment of job, direlection of duty and losing the trust of Plaintiff, these are unbecoming of an officer of the law,

Plaintiff alledges that Detendant P.O. McArdle knew of all the miscreant crimes that the O'Brien's et al commited against Plaintiff Thomas J. Moran II over the last (20) twenty years.

Plaintiff alledges that Albany County Jail has two (2) computer systems. One with the real inmates and one with the fake inmates. Plaintiff is on the fake computer system. Detendant Craig Theodore Guronski, the fake Albany County Sheriff et al are all aware of this dual system of real and fake inmates.

Plaintiff, Thomas J. Moran II denads the two (2) Letters written to Detendant P.O. McArdle of the Waterford Police Dept he tunnel over to the Federal Judge Mae D'Agostino of the US District Federal Court in the No. District of NYS, as well as the transcription of the 46 phone messages left by Plaintiff Thomas J Moran II between Sept 5, 2018 and January 30, 2019 on the Waterford Police Dept Drug Tip Line.

Plaintiff alledges that Detendant P.O. McArdle (P.O. = Police Officer) has spent the last 14 years watching the O'Brien's et al and participating in this miscreant

crimes. Plaintiff further alledges that Defendant McArdle wanted out of this drug business and was working on them for 14 years to find a way out of his predicament with the Defendants O'Brien's et al.

Plaintiff alledges that Defendant P.O. McArdle knows the thought trade as does all Defendants in this lawsuit and McArdle used Plaintiff in the thought trade to bring in all the involved parties and beat Plaintiff to show up with menecing phone calls telling Plaintiff he has a warrant for his arrest at the Waterford Police Station and to please go there. Plaintiff has NO REASON to show up in Waterford for an arrest warrant because the Waterford Police Dept is a fake police dept. and Plaintiff committed no crime in Waterford NY. Plaintiff alledges that Defendant P.O. McArdle is going to have Plaintiff put away with all the Defendants and Defendant P.O. McArdle would walk away a free man after fully participating, for many years, with the Defendents, et al.

Plaintiff alledges that two wanted fugitives are in Waterford Police

-38-

custody, Hezbollah leader, a Giles
Schilling, and the former Vietnam Dictator,
Pol Pot, whose pedophile name is PON.
Plaintiff, Thomas J. Moran, V,
further adds that Jean Murawski et al
allegedly told and spread all over the
Capital Region of NYS that Plaintiff's
a Pedophile for the last 17 years at least.
Plaintiff is adding Pol Pot,
and Giles Schilling as Defendants in this
lawsuit 1:19- cv- 808.
Plaintiff, Thomas J. Moran V
alleges that the Social Security Administration
is responsible for the loss of Plaintiff's and
his immediate and extended families, alive
and dead Social Security accounts for the
past 28 years. Nothing was maintained
updated or audited to begin with. Plaintiff
alleges how did this happen with his
ENTIRE FAMILY.
Plaintiff, Thomas J. Moran V
alleges that Mary Spychalski et al stole
Plaintiff's brother's company and sold it
to another company.
Plaintiff alleges that his
Father's pension was stolen by Spychalski et al.
Plaintiff alleges that his sister's
nursing license was stolen and molested by

Spychelski, et al,

  Plaintiff alledges that Spychelski et al stole Joan Finn, Plantiff's mother's social security pension and working pension.

  Plaintiff alledges that Spychelski et al stole Plaintiff and his family's immediate and exteded's mail, alive and dead for 38 years.

  Plaintiff alledges that Spychelski et al severly battered his sister to the point of having several reconstructive surgeries on her face, the Plaintiff points to Scriccitano for the severe battering.

  Plaintiff, Thomas J. Moran II alledges that Spychelski et al preyed on Plaintiff and his family by making her pedophiled child Scriccitano fake marry Plaintiff's sister with a fake minister in July of 1993. Plaintiff points to Murawski knowing about it and going to the wedding and reception and not telling Plaintiff. Murawski has been known to Plaintiff since 1990, but her knowledge of Plaintiff and his family predetes 1990, with Victor P. DeAmelia It al,

  Plaintiff alledges that the East Schodak Landing Police are fake in NYS.

  Plaintiff alledges that Theresa Gibson Danehs compromised Plantiff's lamsuits

by impersonating a law clerk for Judge Mae
D'Agostino in the No. District of NY Federal
Court. Theresa Gibson Doncks would go into
Plaintiff's file after correspondence to the Judge
was electronically scanned and take the paper
correspondence and read it to the thought trade.
In other words all Defendants heard this mental
thought trade experience and acted upon it, Plaintiff
points to Ruth Sipnitz who also read my FTC
complaint of ID Theft to the thought trade Defendants
and Lydia Kulbida (ahc Virginie Cuiley) and Craig
Theodore Gorinski, Jean Murawski, Virginia O'Neill,
et al writing letters telling people that Plaintiff is
a pedophile. Plaintiff DEMANDS this correspondence
be produced. Plaintiff points to WTEN channel 10
WRGB channel 6 and channel 13 WNYT all in
Albany, NY. Plaintiff also points to WPIX channel 11
Oprah Winfrey, Kaity Tong, WLS-TV chicago, Ill,
KTLA in Los Angeles, Christine Arangio, Bonita Lohn,
Liz Bishop, Elaine Houston.

     Plaintiff, Thomas J. Moran I, would
like to invoke his right to Sovereignty, worldwide,
due to the atrocities performed upon his life and
wishes to cite the Treaty ending the Vietnam War
in 1973.

     Plaintiff, Thomas J. Moran I would and
is citing the American Civil Liberties Union and

attorneys from the Human Rights Campaign as Plaintiff's, co-counsels being that Plaintiff is his own Attorney in Pro Se.

Plaintiff, Thomas J. Moran I DEMANDS the resignation of the current President of the United States of America, Donald J. Trump, citing that Defendant, Trump is not a US citizen nor born in the United States of America and head of the Defendants, "The Pedophyles".

Plaintiff, Thomas J. Moran I has the following disabilities; Major Depressive Disorder, Generalized Anxiety Disorder, Post Traumatic Stress Disorder. Additionally Plaintiff has Attention Deficit Hyperactivity Disorder (ADHD) and is a Gay man. These disabilities can be supported with medical, psychiatric and medication documentation, for the past 9 years. Plaintiff further aledges that he took a test called an MMPI a Minnesota Multiphasic Personality Inventory with a forensic psychiatrist Dr. Ilene Zwirn in New York City in the year 2001 in which Plaintiff was diagnosed with Major Depressive Disorder and PTSD, and Plaintiff still went to work and struggled for 17 years before learning about Social Security Disability Insurance for Plaintiff to apply and for approval for.

Plaintiff, Thomas J. Moran I aledges that Craig Theodore Goronski et al launder

their drug and other miscreant crime money
through Albany County Jail and with Key Bank
on Wolf Rd in Albany which is a shell bank
like Bershire Bank and Kinderhook Bank in
Albany County. Plaintiff also alledges money
laundering with these Defendants with Troy
Savings Bank, Pioneer Savings Bank, Capital Communications
Federal Credit Union and the State Employees
Federal Credit. Union. Spychelski, Defendant,
owns those institutions or really are shell
banks for miscreant crime money laundering.
Plaintiff further alledges these banks, along with
the conglomerate of banks in Transaction Bank
or Guarantee Trust Bank are all Shell Banks
for Bitcoin. Guarantee Trust Bank is also
known as "GTB". Plaintiff alledges that GTB
is owned and run as a shell bank by Donald Trump.

    Plaintiff alledges that Victor P.
DiAmelia uses a bank named the State Bank
of Pittsburgh-INDIA as a real bank and a
Bitcoin bank used to slander and defraud
Plaintiff, as are all the banks the Social
Security Administration has listed as the
conglomerate of banks that make up Transaction
Bank and Guarantee Trust Bank (GTB).

Plaintiff demands letters written
to the Social Security Administration Office
of Inspector General — Fraud Unit, the Federal
Communications Commission, the Internal Revenue
Service, all communications to Interpol, DEA DOJ,
and the Social Security Administration electronically,
the Seattle Police Dept, the Provo Utah Police Dept, the
Los Angeles county Sheriff, the Vermont State Police,
the Pittsfield Massachusetts Police and the New York
Police Dept shield Unit, all electronic communications,
the Indiana State Police electronic communications,
the San Bernadino Sheriff electronic communications,
letters (2) two written to the Boston Police Dept,
electronic and letters written to the Cohoes, NY
Police Dept, the Cohoes Town Supervisor Paula Mahan,
and Cohoes Town Judge Somers, The Bank of
Utica NY electronic communications, The Traveler's
Insurance Company electronic communications, BNP
Paribas electronic communications to Karen Mahoney,
CITRO of BNP Paribas Fortis Bank in NYC, the
Rotterdam Police Dept electronic communications
the Town of Bethlehem Human Resources Dept in NYS,
Albany Law School letter to HR Director Shari
Donnelly, Bureau's officials, letter in Delmar NY,
electronic communications FOI/chuo email, the
electronic communications to Occupational Safety
and Health Administration OSHA, electronic communities

Attorney Jae Chun of Friedman Anspach Law firm, letters written to Federal Judge Mae D'Agostino of Federal Court in the No. District of NYs, regarding Attorney Jae Chun, letters and electronic communications, letter written to the Albany County Public Defenders Office, Stephen Herrick, the Federal Public Defender letters (3) three in Albany NY, electronic communications to the Mayor of the City of Albany, NY Kathy Sheehan, letters written (2) two to the Director/Commissioner of Albany County Dept of Social Services, the NYS Office of Mental Health in Albany, NY, right to sue letters to Albany Medical Center, CDTA, St. Peters Hospital, and Samaritan Hospital, Jam's Simet, Defendant, employer on Lexington Ave electronic communication, in NYC, again Plaintiff DEMANDS all these letters, electronic communications be produced from Defendants.

Plaintiff also demands letters written to the West Hollywood Sheriff in W. Hollywood CA, electronic communications from the American Civil Liberties Union in Los Angeles CA and New York, NY, and the Human Rights Campaign in Washington D.C. be produced by Defendants, et al.

Plaintiff demands all correspondence for assistance be produced by Albany County Jail,

Defendant, as well as a printout of the history of all charges at Plantiff by Albany County Jail as well as the "courts" of Watervliet, Menands, Bethlehem and the "attorney" files on Plantiff from the Albany County Public Defenders Office and the Office of Conflict Defender and the Albany County Dept of Probation, be produced is Demanded by Plaintiff. Plaintiff alleges that those are all entities and people Plantiff, Thomas J Moran V went to for assistance and received nothing.

Plaintiff also demands the files of the Waterford Police Dept, the Saratoga County Public Defender, the Saratoga County D.A., the Judge of the town of Waterford David Fusco, the letters written to Carmelo Laurders, Atty at Law and Paul Devane, Atty at Law in Albany NY, and letters to the NYPD inyc.

Plaintiff also demands the electronic correspondence to the Albany County Bar Association, and the Saratoga County Bar Association.

Plaintiff has written to 58 entities for assistance, including Judge Mae D'Agostino and Plaintiff has received no assistance AT ALL!

Plaintiff identifies all 58 entities etc, as Defendants in this lawsuit 1:19-cv-808.

Plaintiff demands the letters (3) three sent to Albany County Supreme Court Judge Christina Ryba and Albany County Supreme Court Judge Melkonian, be produced to Plaintiff, Thomes J. Moran V. Plaintiff now has written to 61 entities from 58 entities and all are identified as Defendants in this lawsuit 1:19-cv-808.

Plaintiff demands all electronic communications to Matthew Ethier of the Watervliet Housing Authority in Watervliet, NY. Now that's 62 entities and of these 62 Defendants/entities 6 $\cancel{5}$ Defendants (six) physically attacked me, the Plaintiff, they are the Watervliet, Menands & Bethlehem Police Depts, the Albany County Jail and the Colonie Police Dept.

Plaintiff demands all electronic communications sent to the Jewish Board of Family and Children's Services to the Benefits Dept in Human Resources be produced. Now 63 entities/Defendants.

Plaintiff alleges that all 63 Defendants et al are all in the act of Pedophiling the Plaintiff, Thomes J. Moran V.

Plaintiff demands letters written to Joan Finn, Susan Moran, Robert Munson, Peter Moran and Thomes J. Moran Jr his family be produced.

Plaintiff demands the electronic

communications sent to the United States, Postal Service Office of Inspector General Fraud Unit.

Plaintiff is adding the United States Postal Service, the Internal Revenue Service (Interpol) as Defendants in lawsuit 1:19-cv-808.

Plaintiff demands all documentation written/filed/discarded by the Bethlehem Police Dept, Menands Police Dept, Watervliet Police dept and the Waterford Police Dept.

Plaintiff demands of these entities/ Defendants that these methods of communications whether written/filed/discarded et al be produced.

Plaintiff demands the United States Marshall Service accompany Plaintiff to all locations that will not/don't comply with Plaintiff's DEMANDS.

Plaintiff demands that Kathy Krasnopolski be produced.

Plaintiff adds Joanne Schiavo and Jommy Schmidt as Defendants in this lawsuit 1:19-cv-808. Both ladies work at the Legislative Office Building in Albany NY. Plaintiff points to Mario Cuomo to produce Kathy Krasnopolski.

Plaintiff would like to add Capital One as a Defendant in lawsuit 1:19-cv-808. Plaintiff points to Craig Theodore Goronski with Capital One and the Social Security Administration for allegedly stealing Plaintiff's identity, et al.

Plaintiff alledges that all of the

6.) Defendants identified here on pages 41-47 of this lawsuit 1:19-cv-808 used Plaintiff's Identity to Pedophile Plaintiff. Plaintiff reserves the right to Identify more Defendants listed in this lawsuit as Discovery is observed.

Plaintiff alledges that 47 people have a Direct Express Debit Card with Plantiff's name on it to Pedophile Plantiff with. Plantiff points to Joshua Morrow, Melissa Joan Hart, who has 17 debit cards in Plaintiff's name, Michael Hubarth, Kelly Ripa (aka Denise Ripoli), Renee Zigler Zellweger, John Jensen Achles, David Scrocitaro, William Werden et al, all Defendants in this lawsuit 1:17-cv-808. Plaintiff also points to Reese Ruper Witherspoon, with a debit card in Plaintiff's name Thomas J. Moranz. Plaintiff points to Michael Stilson as alledgedly stealing money from Plaintiff's Social Security Account.

Plaintiff, Thomas J. Moran IV, alledges that Lydia Kulbida of WTEN channel 10 in Albany, NY has a Bitcoin Direct Express card in Plaintiff's name with $42 million dollar balance on it. Plaintiff DEMANDS all 47 Defendants produce their Bitcoin Direct Express Card with all sign on ID's and passwords to get on to these accounts, with all/any Documentation on this Debit Card with Direct Express/Bitcoin.

Plaintiff alledges that Victor P. DeAmelia (aka Bradford Allen O'Brien) issued these 47 Direct Express Cards to these 47 Defendants. These 47 Defendants had to turn over their real cash income and it is then converted into Bitcoin. Plaintiff points to Michael Huberth and Kevin McGrath Defendants. Then Defendant DeAmelia was going to bill Plaintiff the amount of settlement he received from all litigation after it was stolen from Plaintiff and then put Plaintiff in prison or murder Plaintiff when bill couldn't be paid and tell the world he, Plaintiff, is a Pedophile, the worst Pedophile that the world has ever seen.

Plaintiff reserves the right to make a **Citizen's** **Arrest** of any value that Plaintiff deems a threat to his life, worldwide.

Plaintiff demands to investigate the credentials of All the employees of Judges Mae D'Agostino and Brenda K. Sannes due to all the atrocities of fraud in Plaintiff's life.

Plaintiff alledges that Theresa Gibson (Dancks) and Kelly Ripa murdered Judy Mae D'Agostino's law clerk Britney Norton who was expecting her first child in August of 2017. This was heard on the thought trade by Kelly Ripa. Plaintiff points to Kelly Ripa and Theresa Gibson. (Dancks)

Plaintiff, Thomas J. Moran V demands the facilities as materials and personnel of the U.S. Federal Government and its, facility at 44 S Broadway to use for Plaintiff's lawsuit. To do this, Plaintiff, again demands DEMANDS to be let out of Albany County Jail and be allowed to live with his mother, Joan Finn at 500 16th St Apt 203 Watervliet NY 12189 or Plaintiff's sister's house located at 14 Van Dyke Rd. Delmar NY 12054 due to Plaintiff's homeless situation caused by the Watervliet Housing Authority and the "Judges" of Watervliet, Menonds, Bethlehem and Waterford, NY and their respective Police Depts.

Plaintiff demands all Police Value's in the counties of Albany, Schenectady, Rensselaer, Saratoga, Columbia and Green Counties, and everywhere Plaintiff has to go to conduct his lawsuit business, worldwide.

I AM,

Thomas Moran V, Pro Se
Thomas J. Moran, Pro Se

Signed: July 21, 2019

Plaintiff Thomas J. Moran V is adding Red Roof Inn, Motel 6, Wyndham Hotels as Defendants for theft and for Pedophiling Plaintiff.

-51-   1:19-cv-808

Plaintiff demands this to be heard.
Plaintiff has been savagely and carnivourously
Pedophiled by the Defendants and Plaintiff's
life has never been his for 38 years and
it will be another 38 years when Plaintiff
leaves this earth for it to end.

I Am,

Thomas J. Moran V

Dated & Signed: July 22, 2019

Plaintiff, Thomas J. Moran V demands
all police, social services, NYS Dept of Motor
Vehicles, Albany County, Schenectady County, Rensselaer
County, Columbia County, Saratoge County and Greene
County Values be auditing for all procedures
et al due to their heinous, savage behavior
and ways at Plaintiff for 38 years, including
those Values in NYC and including California
Dept of Motor Vehicles, Dept of Labor UI California,
New York, Vermont, Massachusetts, Florida, Alabama,
Texas and Arizona, Minnesota, Arkansas and
Missouri, Washington State and the District of Columbia

Plaintiff, Thomas I. Moran V, alledges that Victor P. DeAmelia created an email service called "POP" mail. This "POP" service is an email service for Pedophiles to use on the deep web. DeAmelia, Saponitz, Byrnes, Hubarth Zellwager, Gibson-Clinton, Plaintiff points to, and et cl used Plaintiffs email address: tomjm2@yahoo.com, and thomas.moran265@outlook.com (this email address points to Rob Love by Plaintiff), to send vile, defiling, slander filled emails about Plaintiff using doctored up pictures and false information to turn Plaintiff into a pedophile, outside the deep web where Plaintiff resides, Plaintiff does NOT reside in the Deep Web.

Plaintiff alledges that Victor P DeAmelia, Defendent, stole Plaintiff's 2 laptops 1. Stolen by Leslie a fake NYS Trooper, 2. Stolen from Red Roof Inn on Wolf Rd Albany Ny 3rd flur room. Plaintiff alledges DeAmelia uses Plaintiff's laptops as servers for "his" Pedophilic Clintell, "his" means here only as, DeAmelia.

Plaintiff Demands both laptops returned over to Plaintiff along with Calvin Klein Dark Obsession, Dry Cleaning from Eddie Bauer, Aveeno facial cleanser, a $100.w red hair dryer et al.

Plaintiff alleges that the #2 laptop Stolen
by the NYS "Trooper" is in holding at the NYS
Trooper office in the Empire State Plaza Concourse
Level, Albany, NY. Items stolen in #2 are
at Sharon O'Brien's home located at 247 Division St
Cohoes NY in the last bedroom to the right, down
the hall under the left side of the bed near
the wall.

Plaintiff, Thomas J. Moran, V, demands
$15,000,000.00 per day rent charge for housing
me illegally, with premeditation and kidnapping
Plaintiff at Albany County Jail for days yet
to be determined because Plaintiff is STILL in
Albany County Jail, This has been occuring since
Febrary of 2017. Plaintiff points to Craig
Theodore Govenski (akc Craig F, D, T Apple Jr or Sr)
Virginia O'Neill and Jean Murawski ad Sharon
O'Brien, each the rent charge. Plaintiff demands
garnishment of wages from Jail employees in
payment as well. Plaintiff also points to Janet in ISU.

Plaintiff alledges that Albany County
Jail Employees are paid with cash money with
no withholdings from their paychecks, Plaintiff
demands all Jail employees' be reported to the IRS,
for tax evasion. Plaintiff points to all jail
employees for tax evasion.

Plaintiff alledges that Watervliet court
missed 2 court dates with "Judge"
Lamb (aka Charles Zenchen) on July 2, 2019
and the other missed court date was
May 21, 2019 as Plaintiff STILL sits in
Albany County Jail with no court date for
Watervliet. Plaintiff alledges his next court
dates for Menands and Bethlehem are August
13, 2019 for Menands and August 20th, 2019
for Bethlehem at 3pm and 4pm respectfully.
Plaintiff demands to know why these courts
have afternoon hours and why are they
handling misdemeanors in all three courts.
Plaintiff alledges that inmates he sits with to/from
court and while in these courts jail cells hears
inmates talk about their being caught with drugs
on them. Plaintiff demands to know why
these courts are handling felony drug charges.
    Plaintiff alledges that the entire
Waterford Police Dept, Menands Police Dept, Watervliet
Police Dept and Bethlehem Police Dept are drug
dealers, pedophiles.
    Plaintiff alledges that Lydia Kulbida
(aka Virginia Wilm) christine Giangio and Gann
childs (at the Bethlehem Police) are planning the
murder of Plaintiff's family immediate and extended.

PLAINTIFF DEMANDS JURISDICTION OVER THIS ENTIRE MATTER AND ALL ITS VALUES, REAL or IMPLIED, DUE TO THE ATROCITIES IN THIS PLAINTIFFs LIFE FOR THE PAST 38½ years, in cases 1:17-CV-422, 1:17-CV-423 and 1:19-CV-808, that are in Federal District Court, this DEMAND covers past, present and future (future) jurisdiction.

PLAINTIFF DEMANDS, AS PRO SE COUNSEL, to appoint attorney's as Discovery is observed to assist PRO SE PLAINTIFF, in all three cases.

PLAINTIFF PROTESTS the heinous delay of PLAINTIFF's three cases mentioned here as 422, 423 & 808, by this COURT, the Defendants, attorney's and all Police in the United States. Plaintiff DEMANDS Pro Se Plaintiff, Thomas J. Moran V be compensated for this heinous DELAY.

PLAINTIFF DEMANDS immediate settlement due to the fact that these Defendants are Pedophiles, unregistered sex offenders, and due to this, have no rights in this court, or any court, globally.

Signed,

DATED: July 23, 2019     Thomas Moran V, Pro Se
                         Thomas J. Moran V

Plaintiff Alledges that Donald Trump murdered
47 attorney's at White and Case LLP in NYC
and hired all fake (satanic) attorney's. Trump
is alledged to be living at the offices of
White + Case LLP on Sixth Av (or Avenue of the
America's) between W43 & W44 sts on the West
side of the street a black colored building.

Plaintiff alledges the delay in Plaintiff
Thoms J. Moran's cases are a direct result of
the Defendants satanic tactics and heinous
miscreant acts of Plaintiff. Plaintiff points at
Theresa Gibson Dandes and Craig Theodore Gurnski,
Lynne Kulbide (aka Virginia Culen) and David Soares
for Plaintiffs delays, with this court with cases
as stated here 1:17-cv-423, 1:17-cv-422, 1:19-cv-808,
Daniels and Gurnski are in this courts custody.

Plaintiff Demanded to be let out
of Albany County Jail with the "courts" of Waterlviet,
Bethlehem and Alrudia Munoids to find his own
attorney and was ignored, hence, these courts false
appearings, miscreant behavior (behavior) behavior.

Plaintiff acknowledges all mis-writes,
strike outs, with initials or not, are mistakes in
hand printing only, by Plaintiff.

Plaintiff alledges that the Inmate
Services Unit at Albany County Jail is a false
entity and gives inmates the run around when

an inmate, said Plaintiff, Thomas J. Moran V,
needs assistance with getting a form for
Federal Court handled, asking for assistance
with finding an attorney and hourly commissary
stolen from plaintiff. Plaintiff also alledges
that ISU employee Janet/Moria is in possession
of inmates' stolen vehicles, a 1986 Pontiac
Grand Prix LE, a 1968 Blue Chevrolet Nova,
a yellow Datsun B210, and a 2006 Toyota
Corolla in her residences at Westchester Woods
Drive in Delmar, NY 12054. The 3/4 houses on the right.

    Plaintiff also alledges that the
Police Vehicles are in possession of his life
along with the 3 "carts" mentioned in this
lawsuit and attorney's written to for help by
Plaintiff because they will NOT let him out of
jail. Plaintiff identifies as Thomas J. Moran V
and points to Albany County Jail as an
accomplice.

    Plaintiff alledges that Mary Clinton
and Janet/Moria murdered the families in those
homes in Delmar for Pedophilia and Drug Storage.

    Plaintiff, Thomas J. Moran V, reserves
the right to add more allegations as Discovery is
observed.

    Plaintiff cites the US Constitution, US Bill of
Rights and International Law in Plaintiffs jurisdiction only.

-57-                          1:19-CV-808

The Plaintiff, Thomas J. Moran V, Demands/Declares, Sovereignty over himself against the United States of America for the atrocities and miscreant crimes done to Plaintiff while a citizen of this said nation. This is evidenced by asking the United Nations High Commissioner for Refugees, refugees in Zurich Switzerland for asylum and also the Social Security Administration Office of Inspector General Fraud Unit for asylum in New Zealand. Due to many Geneva Conventions, I declare this so. Signed    ((42 of them))

                    —Pro Se
            Thomas J. Moran V

Again, Plaintiff DEMANDS release from Albany County Jail due to his Sovereign name, Thomas J. Moran V, and his person, body and mind.

            Plaintiff has also asked for asylum with Interpol (The Intercontinental Police Organization)
            Plaintiff also DEMANDS case CV-808 be handed over to THE HAGUE, in the Netherlands due to the Global miscreant crimes done by a, Global Defendants, worldwide, in Plaintiffs name. Plaintiff, Thomas J. Moran V, identifies as the VICTIM.

Plaintiff alledges that the NYS Trupers
are harbouring individuals that are releated
to all those allegations of miscreat
crime etcl perpetrated upon the Plaintiff,
Thomas J. Moran I. Plaintiff points to
NYS Truper Wainwright and Truper Daryl
Timothy Fisher who also works at the Social
Security Administration in Schenectady NY and
the Albany County Dept of Social Services in
Albany NY on Washington Ave, across from the
Albany Public Library on Washington Ave. Plaintiff
points to two locations for NYS Truper harbouring
individuals, Troup G Headquarters in Loudonville
both inside the Siena College Building that used to
be the Troup G Headquarters and behind it as well.
Plaintiff also points to the new Troup G Headquarters
on Watervliet Shaker Rd in Lathem, NY.

        Plaintiff alledges that the Defendants
that aren't Pedophile's, pedophiled me at the
other Defendants who are ~~pedophiled~~ pedophiles
to get "The Pedophile's" Defendants off their
backs worldwide, hence Plaintiff's Sovereignty
Declaration. ~~and Defend.~~ The word "strikeout"
~~attph~~ applies to all printed, by hand, errors on
this document. Underines of words are for emphisis.

— 58 —                    1:19-cv-808

Plaintiff DEMANDS from all Police Values
Globally, ALL confessions written and signed
by all Defendants including Police Values
Globally be sent to the United States
District Court 445 Broadway 5fl, Albany
NY 12207 Attn: Judge Brenda K. Sannes —
Federal District Judge and Plaintiff, Pro Se,
Thomes J. Moran V, referencing case number
1:19-cv-808, within 30 days of the
date of this lawsuit filing date.
Plaintiff DEMANDS ANY POLICE VALUE that does
NOT comply be taken into custody by the United
States Marshall Service.

         AGAIN, PLAINTIFF, Thomes J. Moran V
DEMANDS RELEASE FROM ALBANY COUNTY JAIL!
Punctuation is for affectial effect, in this lawsuit.

         Plaintiff alledgis that Judge Mae
D'Agostino's court clerk Theresa Gibson Dancks is
a pedophile, as well as Craig Theodore Goronski in
Federal Jail. Plaintiff DEMANDS all Defendants found
to support a pedophile as well as the Pedophile Defendants
be prosecuted criminally by their negligence in
allowing "The Pedophiles" as they call themselves and
Defendants in this case, to pedophile me for 38 1/2 years.
         For clarification, Goronski's in jail in
Federal Curt at 445 Broadway, Abany Ny.

Plaintiff alledges Kathryn Zelle at BNP Paribas Fortis Bank in NYC is a pedophile and owed another pedophile Janis Simot of BNP also $300 million for bought children and they purposely hired plaintiff knowing he had several billion dollars in lawsuits awarded to him. Defendant Zelle didn't know that those lawsuits were stolen and preyed on Plaintiff to have him killed by Lydia Kilbide (aka Virginia Giller) and Charles Lenehan (aka Thomas Lamb) then have Kilbide/Giller and Lenehan/Lamb pay her for providing an itinerary to these Defendants on Plaintiff's daily whereabouts so as to make it easier to find and murder him, the Plaintiff, and get paid by Kilbide/Giller & Lenehan/Lamb the $300 million dollars to pay of Defendant Janis Simot, for the debt Zelle, Defendant owes Simot.

        Plaintiff alledges Defendant P.O. John Jack McArdle of Waterford believes, Plaintiff, murdered his wife and son as left Plaintiff in Jail to punish him last for the crime of murder done by Gertrude and Sharon O'Brien and William Facillo who are in his police offices (P.O.) custody and have been for the last 9 months, and are Defendants in this case, Defendant P.O. McArdle was a drug distributor for the O'Briens for years then stopped 10 years ago.

Plaintiff alledges;

Plaintiff, Thomas J. Moran, V Demands
Whistleblower status to remain distant from
the Defendants including Policy valves. Plaintiff,
asked for whistleblower status from the
Occupational Health and Safety Administration (OSHA)
and was discarded by an OSHA employee who
knows Mary Spychalski et al. Plaintiff also
demands a draft or cashier's check of monies
so that Plaintiff can take himself and his mother,
Joan Finn, away from this area until these
matters of cases 422, 423 or 808 are concluded,
not to be paid back to the Federal Government.

AGAIN, PLAINTIFF DEMANDS to
be let out of Albany County Jail again, this
is Plaintiff's 125th day in Jail this year alone
due to Defendants gross negligence as well as
this courts negligence with it's fake employees.
In total Plaintiff has been in Albany County Jail
323 days since February of 2017, as stated
several times in this lawsuit and it keeps being
ignored, by this Court.

Plaintiff demands compensation from
this court, the United States Court in the No District
of NYS $200 million dollars for the pain suffering
and the court clerk Theresa Gibson Danchs molestation
of my case and my life and this court negligence of it.

Plaintiff says: This is the worst ~~thing~~ THING he's ever seen in his life! Plaintiff Thomas J. Moran V says over and over and over all day everyday of Plaintiff's life!

Plaintiff demands all Defendants in this lawsuit have their United States Citizenship stripped from them, for the atrocities that have been done to me by these Defendants for 3 1/2 yrs. They are Pedophiles and shouldn't have any rights at all because they are unregistered sex offenders.

Plaintiff ~~alleg~~ alleges that the "Employees" at Albany County Jail should be monitoring the in's and out's of the "courts" in Albany county and performing their own audits of those courts to make sure, et al. that they are in compliance with the NYS Unified Court System.

Plaintiff alleges about Albany County Jail, where are their procedures. Plaintiff alleges that the Albany County Jail inmate handbook is outdated, filled with outdated information and the font is too small to read.

Plaintiff Thomas J. Moran V alleges that the Mental Health Unit at Albany County Jail was told by Plaintiff about these closed courts and jail procedures and they refuse to help. DANA was the "therapist",

Plaintiff, Thomas J. Moran I, alledges that
the U.S. Secret Service and Interpol watched
Plaintiff for years being stalked by Defendents
and did nothing, by Defendants.

Plaintiff, Thomas J. Moran, I alledges that
prescription medications Abilify, Venlafaxine,
Gabapentin, Paxil et al are fraudulent
medications Plaintiff took for his Major
Depressive Disorder et al.

Plaintiff points to the Secretary General
of Interpol for stalking me for 35 years et al.

Plaintiff points to David "Annie" Wolf for
petty theft of 10 envelopes from Plaintiff's
Commissary at Albany County Jail.

Plaintiff Thomas J. Moran I, alledges that
the Adventist Retirement Home in Columbia County
is where Spychalski and Fucillo et al put
people to death et al, Plaintiff points to where
is Albany County Public Defender Rebekeh Sokol et al.

Plaintiff, Thomas J. Moran I, names his
lawsuit 1:19-cv-808 "High Crimes against Thomas
J. Moran I ~~and Humanity~~" Strikeout and "High Treason Against
~~the United States of America~~ Strikeout and Thomas J. Moran I;
a Sovereign man." Strikeout

Plaintiff, Thomas J. Moran I alledges that
the Columbia Broadcasting Service (CBS) slandered

Plaintiff, ~~with~~ with Defendant ~~Opt~~ Oprch Winfrey
in publishing a book on Amazon called "The Bell
of Thom" a book on how to cultivat Pedophilia etc,
in Plaintiff's name, Plaintiff alledges that
NBC, ABC, CNN, Plaintiff points to Anderson
Cooper of CNN as being a Pedophile, all Defendants,
knew of this slander miscreant crime and did
nothing. Plaintiff points to Lester Holt, Liz Cho,
Defendants in knowing this as well a Kaity Tong
of WPIX channel 11 and Lydia Kulbida and
Christie Tronbach Giangio etcl, Defendants,
Plaintiff alledges that the DOJ, DEA, TSA,
CIA and the NSA are all in full knowledge of,
Victor P. DeAmelia and Oprah Winfrey's conspiracy
et al to murder Plaintiff.

   Plaintiff demands all services used by TV
channels 6, 10, 13, KTLA, WLS, WPIX, CBS, NBC,
ABC, CNN et al real or implied be audited for
evidence of Plaintiff's demise of life by Defendants etc,
and is duplicated for all Police Values, et al, Post Office,
Social Security Administration, et al for both!

   Plaintiff DEMAND3 for non-compliance with
Discovery DEMAND3 by Plaintiff, Thomas J. Moran V,
that Discovery observants be fined $1,000,000.00 for
each occurrence that Discovery Demands are not met
by Defendants et al,

   Plaintiff, Thomas J. Moran V, DEMANDS
that all settlement values be tax free and untouchable
by any tax authority in the United States of America,
due to the atrocities done by Defendants to Plaintiff,

Plaintiff, Thomas J. Moran V, DEMANDS
Solid Kuerand gold for Settlement of those
3 lawsuits 400, 423 and 808 in Federal
District Court in the Northern District of New
York with Judge Mae D'Agostino, due to the
Volatility of the U.S. Dollar and Bitcoin, the
monetary system of the U.S.A. is not trusted
by plaintiff. Plaintiff points to H.R.M.
Queen Elizabeth II (aka Mary Hanover) of England
at Sandrigham Castle, for Gold Kugerad bars.

I AM,

Thomas J. Moran V